# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| MARK LENZI, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE and )<br>ANTONY J. BLINKEN, U.S. Secretary of State, )<br>)<br>       Defendants. )<br>) | No. 1:21-cv-1371 (PTG/IDD) |

## **DEFENDANTS' PARTIAL MOTION TO DISMISS**

Defendants, through their undersigned counsel, respectfully move to dismiss the Second Amended Complaint (Dkt. No. 50), in part, pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are contained in the accompanying memorandum of law.

Dated: November 25, 2022                                        Respectfully submitted,

JESSICA D. ABER                                                          BRIAN M. BOYNTON
United States Attorney                                                  Principal Deputy Assistant Attorney General

LAUREN A. WETZLER                                                CARLOTTA P. WELLS
Chief, Civil Division                                                     Assistant Branch Director

      /s/
MATTHEW J. MEZGER                                               CATHERINE M. YANG
Assistant United States Attorney                                 JOSEPH E. BORSON
Office of the United States Attorney                           Trial Attorneys
2100 Jamieson Avenue                                                United States Department of Justice
Alexandria, Virginia 22314                                         Civil Division, Federal Programs Branch
Tel:   (703) 299-3741                                                     1100 L Street NW
Fax:   (703) 299-3983                                                    Washington, DC 20005
Email: Matthew.Mezger@usdoj.gov                          Tel: (202) 514-4336/1944
                                                                                        Email: Catherine.M.Yang@usdoj.gov
                                                                                                     Joseph.Borson@usdoj.gov

*Counsel for Defendants*