UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Mark Lenzi,<br><br>        Plaintiff,<br><br>  v.<br><br>United States Department of State, and<br>Antony J. Blinken, United States Secretary of State,<br><br>        Defendants. | Case No. 1:21-cv-01371-PTG-IDD |

## JOINT STIPULATION OF UNCONTESTED FACTS

Pursuant to the August 25, 2022 Court's 16(b) Scheduling Order (ECF No. 38), as amended, and the November 28, 2022 Court's Order Granting Joint Motion for Limited Extension of Pretrial Deadlines (ECF No. 65), Plaintiff Mark Lenzi ("Mr. Lenzi") and Defendants U.S. Department of State and Antony J. Blinken, U.S. Secretary of State ("Defendants" collectively) submit the following stipulation of uncontested facts. The parties are continuing to discuss further areas of agreement and reserve the right to amend, modify, or supplement this stipulation of uncontested facts prior to the commencement of trial.

1. Mark Lenzi was hired as a Security Engineering Officer ("SEO") at the FP-06 grade level for the U.S. State Department in 2011.

2. Mr. Lenzi served in a two-month temporary duty assignment in Afghanistan in 2012.

3. Mr. Lenzi worked as an SEO in Frankfurt, Germany from September 2014 to August 2016.

4. Mr. Lenzi received the Group Franklin Award in June of 2015.

5. Mr. Lenzi received a Meritorious Service Increase in November 2015.

6. Mr. Lenzi received the Franklin Award in April 2016.

7. Mr. Lenzi was promoted from FP-04 to FP-03 in November 2016.

8. Mr. Lenzi was medevac'd to the United States in June 2018.

9. Mr. Lenzi began working in a domestic SEO position at DS/ST/FSB in October 2021.

10. While performing his official duties as employee of the Department of State in Guangzhou, China, Mr. Lenzi sustained a brain injury.

11. Mr. Lenzi does not contend that his brain injury in Gaungzhou, China was a result of retaliation by any Department of State employee.

12. Mr. Lenzi is not an Information Management Technical Specialist ("ITMS") for the State Department.

13. Mr. Lenzi was approved for a TDY to Rzeszow, Poland in 2022.

Dated: January 18, 2023

/s/ Christopher A. Suarez
Christopher A. Suarez (94400)
Thomas M. Barba (*admitted pro hac vice*)
Shannon G. Reid (*admitted pro hac vice*)
Steven R. Kaplan (*admitted pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: CSuarez@steptoe.com
TBarba@steptoe.com
SReid@steptoe.com
SKaplan@steptoe.com

Kate E. Fisch (*admitted pro hac vice*)
Maria E. Ortiz (*admitted pro hac vice*)
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Email: KFisch@steptoe.com
MOrtiz@steptoe.com

*Counsel for Plaintiff*

JESSICA D. ABER
United States Attorney

LAUREN A. WETZLER
Chief, Civil Division

/s/ Matthew J. Mezger
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

CATHERINE M. YANG
JOSEPH BORSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington DC 20005
Tel: (202) 514-4336/1944
Email: Catherine.M.Yang@usdoj.gov
Joseph.Borson@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of January, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

JESSICA D. ABER
United States Attorney

LAUREN A. WETZLER
Chief, Civil Division

*/s/ Matthew J. Mezger*
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3741
Fax: (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

CATHERINE M. YANG
JOSEPH BORSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington DC 20005
Tel: (202) 514-4336/1944
Email: Catherine.M.Yang@usdoj.gov
        Joseph.Borson@usdoj.gov

*Counsel for Defendants*