**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MARK LENZI, | ) |
| | ) |
|                Plaintiff, | ) |
| | ) |
|     v. | )     No. 1:21-cv-1371 (PTG/IDD) |
| | ) |
| U.S. DEPARTMENT OF STATE and | ) |
| ANTONY J. BLINKEN, U.S. Secretary of State, | ) |
| | ) |
|                Defendants. | ) |
| | ) |

**DEFENDANTS' EXHIBIT LIST**

Pursuant to this Court's order of July 29, 2022, *see* Dkt. 33, Defendants, through their undersigned counsel, hereby respectfully submit their list of potential exhibits for the trial in the above-captioned matter. The exhibit list below reflects the present status of this litigation. Accordingly, Defendants reserve the right to amend this list should further litigative developments (including, for example, positions advanced by Plaintiff and any ruling on summary judgment) warrant. Defendants also reserve the right to elect not to seek the introduction of any of these exhibits at trial, and to re-arrange the numbering sequence prior to trial. Pursuant to the July 29, 2022 Order, this list does not include exhibits that Defendants might seek to introduce as impeachment and/or rebuttal evidence. Moreover, Defendants reserve the right to use demonstrative exhibits during the testimony of certain of its witnesses in order to assist the trier-of-fact.

Several of the exhibits identified below are series (chains) of multiple emails and/or contain attachments. For ease of formatting, Defendants have abbreviated reference to each such series of emails and/or attachments by titling the exhibit by only the email that appears first in the document

in each such series. Through such nomenclature and reference to Bates numbers, Defendants have

identified each, every, and all emails and included attachments within the series as the exhibit.

Defendants also reserve the right to use any exhibits listed on Plaintiff's Exhibit List.

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 1 | STATE00000001 | STATE00000831 | 1/14/2022 | 2020 EEO ROI.pdf |
| 2 | STATE00000832 | STATE00001337 | 1/28/2022 | 2021 EEO ROI.pdf |
| 3 | STATE00001357 | STATE00001361 | 11/24/2020 | A-05 Assignment Cycles.pdf |
| 4 | STATE00001362 | STATE00001366 | 5/22/2019 | B-04 Directed Assignment Procedures.pdf |
| 5 | STATE00002841 | STATE00002843 | 1/31/2022 | DOS Employee Profile - Mark Lenzi.pdf |
| 6 | STATE00018598 | STATE00018601 | 3/18/2019 | FW: Thank you.msg |
| 7 | STATE00019176 | STATE00019178 | 11/14/2018 | RE: Notification of Decision - Mark Lenzi.msg |
| 8 | STATE00019339 | STATE00019347 | 11/7/2018 | FW: Follow-up regarding Mark Lenzi assignment options.msg |
| 9 | STATE00017181 | STATE00017187 | 2/1/2021 | RE: (SBU) Link to recorded TAB Talk: Overview of Russian Intelligence Services and Operations.msg |
| 10 | STATE00012186 | STATE00012186 | 7/26/2021 | FW: PATEL.msg |
| 11 | STATE00012195 | STATE00012195 | 7/22/2021 | POL ECON Position.msg |
| 12 | STATE00012220 | STATE00012221 | 7/20/2021 | Re: KRAKOW POLEC POSITION - PARs.msg |
| 13 | STATE00012251 | STATE00012254 | 7/12/2021 | RE: resignation of P/E officer in Krakow.msg |
| 14 | STATE00012273 | STATE00012274 | 7/9/2021 | Krakow NOW: Updates.msg |
| 15 | STATE00003223 | STATE00003223 | 7/7/2021 | Krakow NOW Position: applicants update.msg |
| 16 | STATE00012275 | STATE00012276 | 7/7/2021 | Fwd: NOW position .msg |
| 17 | STATE00003240 | STATE00003242 | 7/7/2021 | Re: Pol/Econ Officer (#14035112).msg |
| 18 | STATE00003856 | STATE00003859 | 9/29/2020 | RE: DRAD Accommodation Request Approval - Mark Lenzi.msg |
| 19 | STATE00022848 | STATE00022851 | 12/10/2019 | RE: Street Hockey Thursday @5:15 .msg |
| 20 | STATE00022841 | STATE00022842 | 2/16/2021 | bidding NOW & Summer 2021 .msg |
| 21 | STATE00022762 | STATE00022762 | 9/30/2021 | DG Letter to Mark R Lenzi dated 2021-09-29.pdf |
| 22 | STATE00022859 | STATE00022860 | 9/13/2019 | RE: Medical Clearance..msg |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 23 | STATE00022884 | STATE00022886 | 9/13/2019 | RE: Medical Clearance..msg |
| 24 | STATE00022843 | STATE00022845 | 10/21/2020 | RE: bidding follow-up.msg |
| 25 | STATE00003358 | STATE00003359 | 10/15/2021 | Fwd: M Lenzi PP 17 timesheet.msg |
| 26 | STATE00022782<br>STATE00022787 | STATE00022786<br>STATE00022790 | 7/7/2021<br>7/7/2021 | RE: Handshake Response for Mark Lenzi - FRANKFURT (55235000).msg<br>DN_OAA and Accommodations_ Nov 2 2020.pdf |
| 27 | STATE00022791 | STATE00022792 | 5/18/2021 | RE: Frankfurt IMTS .msg |
| 28 | STATE00022793 | STATE00022794 | 5/17/2021 | Fwd: Frankfurt IMTS .msg |
| 29 | STATE00022795 | STATE00022796 | 5/13/2021 | RE: Frankfurt IMTS .msg |
| 30 | STATE00022797 | STATE00022799 | 5/12/2021 | RE: Handshake Response for Mark Lenzi - FRANKFURT (55235000).msg |
| 31 | STATE00022919 | STATE00022920 | 4/8/2019 | RE: CDO check in - updates?.msg |
| 32 | STATE00003634 | STATE00003634 | 4/23/2021 | Fw: Award nomination.msg |
| 33 | STATE00022926 | STATE00022929 | 4/25/2018 | RE: Automatic reply: Uzbekistan: Academics Debate Drivers of Mirziyoyev's Foreign Policy and Political Reforms.msg |
| 34 | STATE00003725 | STATE00003729 | 3/19/2021 | Fw: EER Season,.msg |
| 35 | STATE00014971<br>STATE00014972 | STATE00014971<br>STATE00014972 | 7/8/2021<br>7/8/2021 | Bureau Over complement Report .msg<br>Bureau Overcomplement Report 06302021.xlsx |
| 36 | STATE00015102 | STATE00015102 | 4/2/2021 | PDAS Merten Letter to Mark Lenzi March 31 2021.pdf |
| 37 | STATE00015079 | STATE00015079 | 7/2/2021 | pending assignment.msg |
| 38 | STATE00006948 | STATE00006965 | 9/15/2022 | 3 FAH-1 H-2420 FOREIGN SERVICE (FS) CAREER DEVELOPMENT, ASSIGNMENT, AND TRANSFER.pdf |
| 39 | STATE00006966 | STATE00006970 | 8/5/2021 | 3 FAM 2420 FOREIGN SERVICE CAREER DEVELOPMENT, ASSIGNMENTS, AND TRANSFER.pdf |
| 40 | STATE00006993 | STATE00007005 | 10/6/2021 | C-08.pdf |
| 41 | STATE00007082 | STATE00007089 | 9/20/2022 | OVER-COMPLEMENT and IN-TRANSIT ASSIGNMENTS.pdf |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 42 | STATE00014509 | STATE00014509 | 8/10/2021 | ML Panel Agenda 2-11-2021.pdf |
| 43 | STATE00014653 | STATE00014653 | 5/18/2021 | ML Panel Agenda 5-18-2021.pdf |
| 44 | STATE00014686<br>STATE00014696<br>STATE00014698<br>STATE00014701 | STATE00014687<br>STATE00014697<br>STATE00014700<br>STATE00014707 | 2/10/2021<br>2/10/2021<br>2/10/2021<br>2/10/2021 | RE: ML Panel Statements 2-11-2021.msg<br>Cunningham Stephen L (Warsaw - bureau candidate) - Employee Profile.pdf<br>Lenzi Mark R (Warsaw - challenger) - Employee Profile.pdf<br>ML Panel 2-11-2021 Statements.docx |
| 45 | STATE00007287 | STATE00007295 | 6/2/2021 | 3 FAM 2810 PERSONNEL EVALUATION.pdf |
| 46 | STATE00007553 | STATE00007568 | 9/22/2022 | 19-STATE-96176.eml.pdf |
| 47 | STATE00007616 | STATE00007628 | 12/4/2019 | A-01 (2019-06-19) Assignment Panel Procedures.pdf |
| 48 | STATE00007668 | STATE00007669 | 8/3/2020 | A-05 (2005-06-01) Merged into A-04 on 2021-04-14.pdf |
| 49 | STATE00007687 | STATE00007689 | 9/22/2022 | SPECIALIST ASSIGNMENTS - MID-LEVEL and SENIOR-LEVEL.pdf |
| 50 | STATE00007697 | STATE00007703 | 6/5/2020 | B-02 (2020-05-27) Stretch Assignments.pdf |
| 51 | STATE00012301 | STATE00012302 | 1/4/2021 | RE_ EL winter 2021_2022 second tour bidders - (two SEOs).msg |
| 52 | STATE00012336 | STATE00012336 | 9/30/2021 | DG Letter to Mark R Lenzi dated 2021-09-29.pdf |
| 53 | STATE00012564 | STATE00012565 | 7/21/2021 | Fw: bidding follow-up.msg |
| 54 | STATE00012721 | STATE00012721 | 7/2/2021 | pending assignment.msg |
| 55 | STATE00012723 | STATE00012725 | 6/7/2021 | RE_ questions for upcoming training.msg |
| 56 | STATE00012761 | STATE00012765 | 7/2/2021 | Fw: Handshake Response for Mark Lenzi - FRANKFURT (55235000).msg |
| 57 | STATE00012766 | STATE00012767 | 7/2/2021 | Re: pending assignment.msg |
| 58 | STATE00012770 | STATE00012772 | 7/2/2021 | Fw: Handshake Response for Mark Lenzi - FRANKFURT (55235000).msg |
| 59 | STATE00012791 | STATE00012796 | 5/28/2021 | RE_ questions for upcoming training.msg |
| 60 | STATE00012798 | STATE00012800 | 6/7/2021 | RE_ questions for upcoming training.msg |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 61 | STATE00012802 | STATE00012804 | 5/27/2021 | RE_ questions for upcoming training.msg |
| 62 | STATE00012805 | STATE00012809 | 6/25/2021 | RE: Handshake Response for Mark Lenzi - FRANKFURT (55235000).msg |
| 63 | STATE00012810 | STATE00012814 | 6/25/2021 | FW: Handshake Response for Mark Lenzi - FRANKFURT (55235000).msg |
| 64 | STATE00012815 | STATE00012816 | 6/23/2021 | Re: Lenxi - burea notification.msg |
| 65 | STATE00012917 | STATE00012921 | 5/26/2021 | Fwd: Info & Questions about joining the 160th Class as IMTS-UC.msg |
| 66 | STATE00012937 | STATE00012943 | 5/19/2021 | FW: SUBJECT: (PII) TMONE - ASSIGNMENT NOTIFICATION - PERSONNEL ASSIGNMENT (LENZI,MARK R, ***-**-4434, FP-03, 2550, Security Engineers).msg |
| 67 | STATE00007918 | STATE00007920 | 3/12/2020 | RE: (1) Normal, a tasker: 20200305_CDA_ML EL position cede has been forwarded to you for clearance. CDA Tasker 3704, DG Tasker .msg |
| 68 | STATE00007927 | STATE00007927 | 3/5/2020 | RE: SEO now bidder.msg |
| 69 | STATE00007953 | STATE00007953 | 2/12/2020 | RE: Andrew Suh.msg |
| 70 | STATE00007955 | STATE00007955 | 2/12/2020 | RE: Andrew Suh.msg |
| 71 | STATE00007965 | STATE00007967 | 11/26/2019 | RE: Positions to close on Summer 2020.msg |
| 72 | STATE00008391 | STATE00008394 | 10/30/2018 | Re: Update Medical Clearance.msg |
| 73 | STATE00007848 | STATE00007849 | 4/8/2019 | RE_ CDO check in - updates_.msg |
| 74 | STATE00007880 | STATE00007880 | 7/6/2020 | Re: NOW SEOs? .msg |
| 75 | STATE00007881 | STATE00007881 | 6/18/2020 | Re: Remaining bidders.msg |
| 76 | STATE00012956 | STATE00012957 | 6/18/2020 | Re: Frankfurt IMTS .msg |
| 77 | STATE00012958 | STATE00012961 | 5/17/2021 | URGENT: Info & Questions about joining the 160th Class as IMTS-UC.msg |
| 78 | STATE00012962 | STATE00012965 | 5/17/2021 | RE: training for excursion tours as an IMTS.msg |
| 79 | STATE00012993 | STATE00012994 | 5/13/2021 | Re: Frankfurt IMTS .msg |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 80 | STATE00013000 | STATE00013000 | 5/13/2021 | Approve/Decline Mark Lenzi Training Request.msg |
| 81 | STATE00013001 | STATE00013004 | 5/13/2021 | RE: training for excursion tours as an IMTS.msg |
| 82 | STATE00013010 | STATE00013011 | 5/12/2021 | RE: training for excursion tours as an IMTS.msg |
| 83 | STATE00013024 | STATE00013025 | 5/11/2021 | RE: additional virtual panel item.msg |
| 84 | STATE00013028 | STATE00013028 | 5/7/2021 | Re: training for excursion tours as an IMTS.msg |
| 85 | STATE00013070 | STATE00013070 | 4/29/2021 | pending assignment .msg |
| 86 | STATE00013090 STATE00013091 | STATE00013090 STATE00013091 | 4/2/2021 4/2/2021 | letter from DGTM PDAS Merten.msg PDAS Merten Letter to Mark Lenzi March 31 2021.pdf |
| 87 | STATE00013095 STATE00013096 | STATE00013095 STATE00013096 | 3/5/2021 3/4/2021 | Notification from PDAS Merten.msg 2021.03.03 Unassigned Bidder - Lenzi, Mark.pdf |
| 88 | STATE00013104 STATE00013106 STATE00013108 STATE00013110 STATE00013113 STATE00013115 STATE00013116 | STATE00013105 STATE00013107 STATE00013109 STATE00013112 STATE00013114 STATE00013115 STATE00013116 | 2/10/2021 2/10/2021 2/10/2021 2/10/2021 2/10/2021 2/10/2021 2/10/2021 | FW: Warsaw assignments challenge - for CC clearance.msg Cunningham Stephen L (Warsaw - bureau candidate) - Employee Statement and Developmental Areas.docx Cunningham Stephen L (Warsaw - bureau candidate) - Employee Profile.pdf Lenzi Mark R (Warsaw - challenger) - Employee Profile.pdf Lenzi Mark R (Warsaw - challenger) - Employee Statement and Developmental Areas.docx Warsaw SEO - Position Description.docx Warsaw SEO - Bureau Statement.docx |
| 89 | STATE00013141 | STATE00013144 | 2/10/2021 | RE: Position Challenge SEO Warsaw, FP-02, 56001010 (8/2021).msg |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 90 | STATE00013160 | STATE00013164 | 2/9/2021 | RE: statement pre-clearance in advance of next week (2/11/2021 ML Panel).msg |
| 91 | STATE00013186 | STATE00013187 | 2/1/2021 | draft: DC STS SEO stats for Karl.msg |
| 92 | STATE00013280 | STATE00013282 | 10/22/2020 | Re_ bidding follow-up.msg |
| 93 | STATE00013485 STATE00013490 STATE00013493 | STATE00013489 STATE00013492 STATE00013495 | 11/18/2020 11/16/2020 11/16/2020 | FW: ML Shootout SEO Belgrade - for CC clearance.msg Belgrade - Bureau Candidate Moore Employee Profile.pdf Belgrade - Challenger Lenzi Employee Profile.pdf |
| 94 | STATE00013891 | STATE00013891 | 7/17/2020 | RE_ positions for July SOAR class.msg |
| 95 | STATE00013895 | STATE00013896 | 4/12/2019 | RE_ EL directed 2nd tour bidders for Summer 2020.msg |
| 96 | STATE00015241 | STATE00015241 | 5/21/2020 | Open Summer 2020 SEO Positions for Bidding.msg |
| 97 | STATE00011098 | STATE00011108 | 9/19/2018 | FW_ FW_ Broken out of Baku (Lenzi, Mark).msg |
| 98 | STATE00008875 | STATE00008875 | 6/29/2020 | Re: ESO Monterrey - Now Vacant position.msg |
| 99 | STATE00008881 | STATE00008881 | 4/29/2020 | Re: Our two new SEOs that start Mid May.msg |
| 100 | STATE00012041 | STATE00012050 | 9/19/2018 | FW: FW: Broken out of Baku (Lenzi, Mark).msg |
| 101 | STATE00008914 | STATE00008916 | 11/20/2019 | RE: DS panel agenda items - questions .msg |
| 102 | STATE00008734 | STATE00008740 | 2/1/2021 | Fwd: (SBU) Link to recorded TAB Talk: Overview of Russian Intelligence Services and Operations.msg |
| 103 | STATE00015431 | STATE00015432 | 6/4/2021 | Lenzi - Feb 2021 - present.zip?Lenzi - Feb 2021 - present\FW_ questions for upcoming training.msg |
| 104 | STATE00015606 | STATE00015606 | 6/3/2021 | RE_ questions for upcoming training.msg |
| 105 | STATE00015607 | STATE00015607 | 5/28/2021 | RE_ questions for upcoming training.msg |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 106 | STATE00015612 | STATE00015619 | 6/1/2021 | Lenzi - Feb 2021 - present.zip?Lenzi - Feb 2021 - present\RE_ questions for upcoming training (1).msg |
| 107 | STATE00015620 | STATE00015622 | 5/27/2021 | Lenzi - Feb 2021 - present.zip?Lenzi - Feb 2021 - present\RE_ questions for upcoming training (10).msg |
| 108 | STATE00015627 | STATE00015628 | 6/7/2021 | Lenzi - Feb 2021 - present.zip?Lenzi - Feb 2021 - present\RE_ questions for upcoming training (3).msg |
| 109 | STATE00015647 | STATE00015649 | 6/7/2021 | Lenzi - Feb 2021 - present.zip?Lenzi - Feb 2021 - present\Re_ questions for upcoming training.msg |
| 110 | STATE00015667 | STATE00015668 | 9/2/2021 | Lenzi - Feb 2021 - present.zip?Lenzi - Feb 2021 - present\RE_ RWA (2).msg |
| 111 | STATE00015920 | STATE00015924 | 3/3/2021 | RE: Reasonable Accommodation - Mark Lenzi.msg |
| 112 | STATE00016239 | STATE00016240 | 1/24/2019 | RE: Thanks.msg |
| 113 | STATE00016254 | STATE00016254 | 11/16/2018 | Re_ Reasonable accommodation - Mark Lenzi.msg |
| 114 | STATE00016289 | STATE00016290 | 11/7/2018 | RE: inquiry.msg |
| 115 | STATE00016291 | STATE00016292 | 11/7/2018 | RE: inquiry.msg |
| 116 | STATE00016927 | STATE00016931 | 9/29/2021 | FINAL - DG AM Step 2 Letter for Mark Lenzi - September 2021.pdf |
| 117 | STATE00016932 | STATE00016936 | 3/3/2021 | FINAL - DG Direct response to Mark Lenzi.pdf |
| 118 | STATE00016938 | STATE00016942 | 1/25/2021 | FINAL DG Direct Response to Mark R. Lenzi.pdf |
| 119 | STATE00016955 | STATE00016957 | 12/2/2020 | SBU_20201202_Tab 2_Employee Profile Mark R Lenzi.pdf |
| 120 | STATE00016961 | STATE00016963 | 10/18/2022 | SBU_20210321_DG_ML_Step Two Memo for Mark R Lenzi.pdf |
| 121 | STATE00016983 | STATE00016985 | 10/18/2022 | U_20210225_DG_ML_STEP1 (3).pdf |
| 122 | STATE00023845 | STATE00023847 | 5/12/2021 | RE: training for excursion tours as an IMTS |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 123 | STATE00024217 | STATE00024221 | 5/13/2021 | RE: Frankfurt IMTS - Mark Lenzi |
| 124 | STATE00003501 | STATE00003502 | 8/30/2021 | RE: Phone call and text.msg |
| 125 | STATE00018623 | STATE00018627 | 3/16/2019 | Fwd: John, Please call .msg |
| 126 | STATE00018629 | STATE00018632 | 3/16/2019 | Fw: John, Please call .msg |
| 127 | STATE00018697 | STATE00018702 | 3/1/2019 | RE: Exception process.msg |
| 128 | STATE00018709 | STATE00018709 | 2/28/2019 | Your request to A/S Evanoff.msg |
| 129 | STATE00018942 | STATE00018943 | 1/29/2019 | Re: Travel Voucher.msg |
| 130 | STATE00019231 | STATE00019231 | 11/14/2018 | RE: Notification of Decision - Mark Lenzi.msg |
| 131 | STATE00019578 | STATE00019579 | 10/24/2018 | RE: Discussion of Assignment Options for Lenzi.msg |
| 132 | STATE00020809 | STATE00020813 | 5/27/2018 | Re: MANAGEMENT NOTICE: Health Alert.msg |
| 133 | STATE00017766 STATE00017768 | STATE00017767 STATE00017769 | 5/31/2019 11/15/2018 | Reasonable Accommodation - Mark Lenzi.msg Notification of Decision.pdf |
| 134 | STATE00018044 | STATE00018050 | 4/25/2019 | FW: Out sick this morning.msg |
| 135 | STATE00003864 | STATE00003866 | 9/29/2020 | FW: DRAD Accommodation Request Approval - Mark Lenzi.msg |
| 136 | STATE00022754 STATE00022756 | STATE00022755 STATE00022756 | 4/22/2022 8/7/2020 | FW: Checking in.msg Now and Winter 2020-2021.xlsx |
| 137 | STATE00004679 STATE00004683 | STATE00004682 STATE00004683 | 4/25/2019 | FW: Signed Letter of Admonishment.msg Mark Lenzi DoS signed Letter of Admonishment 04252019.jpg |
| 138 | STATE00004756 | STATE00004761 | 4/24/2019 | FW: Out sick this morning.msg |
| 139 | STATE00005101 | STATE00005103 | 2/1/2019 | Fwd: Lenzi Timesheets.msg |
| 140 | STATE00004043 | STATE00004043 | 6/5/2020 | NCIS .msg |
| 141 | STATE00004049 | STATE00004050 | 6/4/2020 | Re: NCIS question.msg |
| 142 | STATE00004142 | STATE00004145 | 3/19/2020 | FW: RE: Portsmouth field office request.msg |
| 143 | STATE00007677 | STATE00007683 | 2/1/2021 | B-02 (1-29-2021) Stretch Assignments.pdf |
| 144 | STATE00013284 | STATE00013289 | 11/17/2020 | Re_ DRAD Accommodation Request Approval - Mark Lenzi.msg |
| 145 | STATE00021106 | STATE00021108 | 3/12/2020 | RE: Case Update.msg |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 146 | STATE00021175 STATE00021176 | STATE00021175 STATE00021177 | 12/20/2019 12/13/2019 | Meeting with Mr. Lenzi in Portsmouth.msg Document1 (003).docx |
| 147 | STATE00023024 | STATE00023029 | 2/4/2020 | Re: Nov 15 – DS Panel Results for SIP 2020; Now & Winter 2019/2020; Summer 2020 – SEO/STS |
| 148 | STATE00023037 | STATE00023037 | 3/5/2020 | SEO now bidder |
| 149 | STATE00023195 | STATE00023205 | 3/4/2020 | U_2020_03_04_CDA_EL_Cedes from ML to EL – SEO STS |
| 150 | STATE00023203 | STATE00023205 | 3/12/2020 | Re: (1) Normal, a tasker: 20200305_CDA_ML EL position cede has been forwarded to you for clearance. CDA Tasker 3704, DG Tasker |
| 151 | STATE00023234 | STATE00023234 | 4/30/2020 | Tasker for clearance - 3717 |
| 152 | STATE00023237 | STATE00023237 | 4/16/2020 | Re: policy controlling positions advertised for bid? |
| 153 | STATE00023508 | STATE00023510 | 10/22/2020 | Re: bidding follow-up |
| 154 | STATE00023599 | STATE00023600 | 9/29/2020 | FW: Checking in |
| 155 | STATE00023616 | STATE00023618 | 10/21/2020 | Re: bidding follow-up |
| 156 | STATE00023289 | STATE00023289 | 10/13/2020 | Re: Lenzi BPS |
| 157 | STATE00023539 | STATE00023540 | 11/10/2020 | RE: SEO shootout roundup |
| 158 | STATE00023533 | STATE00023534 | 10/14/2020 | RE: Lenzi BPS |
| 159 | STATE00023584 | STATE00023584 | 11/5/2019 | Mark Lenzi Bidding Status |
| 160 | STATE00015326 | STATE00015329 | 11/19/2019 | Re: SEO/STS assignment proposals for Nov 15th DS panel |
| 161 | LENZI0001552 | LENZI0001553 | 10/20/2020 | bidding follow-up.msg |
| 162 | LENZI0001883 | LENZI0001886 | 11/17/2020 | Fw_ Medical Review Panel Request (23).msg |
| 163 | LENZI0001910 | LENZI0001910 | | 2021.03.03 Unassigned Bidder - Lenzi, Mark.pdf |
| 164 | LENZI0002515 LENZI0002519 LENZI0002520 LENZI0002521 | LENZI0002518 LENZI0002519 LENZI0002520 LENZI0002521 | 11/5/2020 | Mark Lenzi documentation for Class 2 medical clearance.msg Lenzi Medical Clearance_Zafonte 10.27.20.pdf 20201105_111508.jpg 20201105_111531.jpg |
| 165 | LENZI0002522 | LENZI0002527 | 11/23/2020 | Mark Lenzi DS_ST Assignment Panel Appeal per 3 FAH-1 H-2425_3-2a.msg |
| 166 | LENZI0002736 | LENZI0002736 | 12/22/2020 | Medical Review Panel Recommendation.msg |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 167 | LENZI0007230 | LENZI0007230 | 6/19/2020 | Please call.msg |
| 168 | LENZI0007247 | LENZI0007249 | 10/22/2020 | Re_ bidding follow-up (12).msg |
| 169 | LENZI0007252 | LENZI0007254 | 10/21/2020 | RE_ bidding follow-up (13).msg |
| 170 | LENZI0007510 | LENZI0007513 | 1/14/2021 | RE_ Lenzi Class 2 Athens medical clearance request (11).msg |
| 171 | LENZI0009878 | LENZI0009879 | 2/17/2021 | bidding NOW & Summer 2021 .msg |
| 172 | LENZI0009884 | LENZI0009884 | | DG Letter to Mark R Lenzi dated 2021-09-29.pdf |
| 173 | LENZI0010053 | LENZI0010054 | 5/17/2021 | Fwd_ Frankfurt IMTS .msg |
| 174 | LENZI0010120 | LENZI0010120 | 10/15/2021 | Reassignment to DS_FSE_FSB.msg |
| 175 | LENZI0010128 | LENZI0010130 | 5/12/2021 | RE_ Frankfurt IMTS (2).msg |
| 176 | LENZI0010133 | LENZI0010135 | 5/18/2021 | RE_ Frankfurt IMTS .msg |
| 177 | LENZI0010138 | LENZI0010145 | 6/1/2021 | RE_ questions for upcoming training.msg |
| 178 | LENZI0011123 | LENZI0011129 | 5/28/2021 | RE_ questions for upcoming training.msg |
| 179 | LENZI0011296 | LENZI0011296 | | Attachment 3 March 4 2020 Lingenfelter memo.pdf |
| 180 | LENZI0016487 | LENZI0016487 | | Attachment 12 DS EEO April 2021.pdf |
| 181 | LENZI0023610 | LENZI0023614 | 1/23/2018 | Re: an engineer |
| 182 | LENZI0023654 | LENZI0023657 | 6/4/2018 | Re: Please call me ASAP. Thanks! Re: Hi Mike. See below. |
| 183 | LENZI0023788 | LENZI0023808 | 9/19/2018 | Re: RE: FW: Broken out of Baku (Lenzi, Mark) |
| 184 | LENZI0023818 | LENZI0023838 | 9/19/2018 | Re: RE: RE: FW: Broken out of Baku (Lenzi, Mark) |
| 185 | LENZI0023839 | LENZI0023859 | 9/20/2018 | Fw: RE: RE: RE: FW: Broken out of Baku (Lenzi, Mark) |
| 186 | LENZI0024192 | LENZI0024213 | 10/16/2018 | Re: Broken out of Baku (Lenzi, Mark) |
| 187 | LENZI0024270 | LENZI0024292 | 10/17/2018 | Re: Broken out of Baku (Lenzi, Mark) |
| 188 | LENZI0024473 | LENZI0024494 | 10/18/2018 | Fw: Guangzhou HHE (LENZI, Mark) -- TA Correction |
| 189 | LENZI0024638 | LENZI0024640 | 10/30/2018 | Fw: Update Medical Clearance |
| 190 | LENZI0024711 | LENZI0024716 | 11/6/2018 | Re: following up to the supporting document |
| 191 | LENZI0024731 | LENZI0024737 | 11/6/2018 | Re: following up to the supporting document |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 192 | LENZI0024797 | LENZI0024798 | 11/16/2018 | Re: Reasonable accommodation - Mark Lenzi |
| 193 | LENZI0024819 | LENZI0024824 | 12/4/2018 | Re: Reasonable accommodation - Mark Lenzi |
| 194 | LENZI0024832 | LENZI0024837 | 12/18/2018 | Re: Reasonable accommodation - Mark Lenzi |
| 195 | LENZI0024874 | LENZI0024877 | 1/23/2019 | RE: PSM |
| 196 | LENZI0035375 | LENZI0035380 | 12/18/2018 | RE: Reasonable accommodation - Mark Lenzi |
| 197 | LENZI0036304 | LENZI0036326 | 10/25/2018 | RE: Broken out of Baku (Lenzi, Mark) |
| 198 | LENZI0036426 LENZI0036427 | LENZI0036426 LENZI0036428 | 11/15/2018 | Reasonable accommodation - Mark Lenzi Notification of Decision.pdf |
| 199 | LENZI0036960 | LENZI0036965 | 11/20/2020 | Re_ Medical Review Panel Request (12).msg |
| 200 | LENZI0037049 LENZI0037053 | LENZI0037052 LENZI0037053 | 11/20/2020 | Re_ Medical Review Panel Request (7).msg lenzi letter11-18-20.pdf |
| 201 | LENZI0037067 LENZI0037072 | LENZI0037071 LENZI0037072 | 11/24/2020 | RE_ Medical Review Panel Request.msg MLenzi_RevisedLetter from Dr. Zafonte 11.24.20.pdf |
| 202 | LENZI0037157 | LENZI0037161 | 7/28/2021 | RE_ Pol_Econ position.msg |
| 203 | LENZI0040841 | LENZI0040841 | 10/5/2022 | FW_ TDY request.msg |
| 204 | LENZI0040842 | LENZI0040844 | 8/30/2021 | RE_ Phone call and text.msg |
| 205 | LENZI0038553 | LENZI0038562 | 1/25/2021 | RE: Mark Lenzi DS/ST Assignment Panel Appeal per 3 FAH-1 H-2425.3-2a SEO Athens position number 56803003 |
| 206 | LENZI0038563 | LENZI0038570 | 3/3/2021 | RE: Mark Lenzi DS/ST Assignment Panel Appeal per 3 FAH-1 H-2425.4-2a SEO Warsaw position number 56001010 |
| 207 | n/a | n/a | 12/16/2022 | Plaintiff's Objections and Responses to Defendants' First Set of Requests for Admission |
| 208 | n/a | n/a | 12/16/2022 | Plaintiff's Third Supplemental Objections and Responses to Defendants' First Set of Interrogatories |
| 209 | n/a | n/a | 12/9/2022 | Report and Attachments of Joel Lesch |

| DTX | BEGDOC | ENDDOC | Date | File Name |
|---|---|---|---|---|
| 210 | n/a | n/a | 12/23/2022 | Rule 26(a)(2)(C) Supplemental Disclosure for Kelly Siekman |
| 211 | n/a | n/a | 4/8/2019 | Lenzi Deposition Exhibit 4 |
| 212 | n/a | n/a | 9/13/2019 | Lenzi Deposition Exhibit 5 |
| 213 | n/a | n/a | 9/13/2019 | Lenzi Deposition Exhibit 6 |
| 214 | n/a | n/a | 2/18/2021 | Lenzi Deposition Exhibit 12 |
| 215 | n/a | n/a | 3/3/2021 | Merten Deposition Exhibit 20 |
| 216 | n/a | n/a | 5/12/2021 | Teal Deposition Exhibit 10 |
| 217 | n/a | n/a | 5/13/2021 | Teal Deposition Exhibit 11 |
| 218 | n/a | n/a | 5/13/2021 | Teal Deposition Exhibit 13 |
| 219 | n/a | n/a | 7/7/2021 | Teal Deposition Exhibit 17 |
| 220 | n/a | n/a | 5/11/2021 | Kaleczyc Deposition Exhibit 18 |

Dated: January 18, 2023

JESSICA D. ABER
United States Attorney

LAUREN A. WETZLER
Chief, Civil Division

_____/s/_____
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

CATHERINE M. YANG
JOSEPH E. BORSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-4336/1944
Email: Catherine.M.Yang@usdoj.gov
       Joseph.Borson@usdoj.gov
*Counsel for Defendants*

13