# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **Mark Lenzi,** | | |
| | Plaintiff, | |
| v. | | **TELEPHONIC** |
| | | **FINAL PRETRIAL CONFERENCE** |
| **United States Department of State, et al.** | | **Case No. 1:21cv1371-PTG-IDD** |
| | Defendants. | |

| | | |
|---|---|---|
| HONORABLE PATRICIA TOLLIVER GILES presiding | Court Reporter: | S. Wallace |
| Deputy Clerk: Paulina Miller | Hearing Began: | 10:00 a.m. |
| Proceeding Held: 01/18/2023 | Hearing Ended: | 10:17 a.m. (00:17) |

**Appearances:**

| | |
|---|---|
| **Plaintiff:** | Christopher Suarez, Thomas Barba (phv), Steven Kaplan (phv), Shannon Reid (phv), Maria Ortiz (phv), Kate Fisch (phv) |
| | |
| **Defendants:** | Matthew Mezger, Catherine Yang, Joseph Borson, Lauren Wetzler |

Counsel for plaintiff and defendants enter their appearance.

Parties advise the Court of case status.

Case set for Trial by **JURY: TUESDAY, APRIL 18, 2023 at 10:00 a.m. (6 days).**

The Court directs the parties to establish a Summary Judgment Briefing Schedule/Proposed Order to include the Reply Brief Deadline of 03/24/2023 and any Summary Judgment Motion shall be noticed for hearing by 04/04/2023 (hearing date may be noticed for a day other than the normal Thursday docket, if necessary, per Judge Giles).