UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARK LENZI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-1371 (PTG/IDD) |
| U.S. DEPARTMENT OF STATE and ANTONY J. BLINKEN, U.S. Secretary of State, | ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, through their undersigned counsel, respectfully submit this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. The grounds for Defendants' motion are set forth in the accompanying memorandum of law.

Dated:  February 10, 2023

JESSICA D. ABER
United States Attorney

LAUREN A. WETZLER
Chief, Civil Division

      /s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:     (703) 299-3741
Fax:     (703) 299-3983
Email:  Matthew.Mezger@usdoj.gov

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

CATHERINE M. YANG
JOSEPH E. BORSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-4336/1944
Email: Catherine.M.Yang@usdoj.gov
       Joseph.Borson@usdoj.gov

*Counsel for Defendants*