# Appendix

## Plaintiff's Appendix of Disputed Facts
## Contained in Defendants' Statement of Undisputed Material Facts

| Plaintiff Disputes | Citation in Plaintiff's Summary Judgment Memorandum | Plaintiff Disputes | Citation in Plaintiff's Summary Judgment Memorandum |
|---|---|---|---|
| **DSUMF ¶ 1** | p.6 n.11 (fourth sentence of ¶ 1)<br>p.11 n.20 (second sentence of ¶ 1)<br>p.23 n.39 (third sentence of ¶ 1) | **DSUMF ¶ 25** | p.10 n.16 (third sentence of ¶ 25)<br>p.18 n.32 (third sentence of ¶ 25)<br>p.19 n.34 (second sentence of ¶ 25) |
| **DSUMF ¶ 2** | p.23 n.39 (second sentence of ¶ 2) | **DSUMF ¶ 26** | p.20 n.36 (entire ¶ 26) |
| **DSUMF ¶ 3** | p.5 n.10 (entire ¶ 3) | **DSUMF ¶ 27** | p.18 n.32 (first sentence of ¶ 27)<br>p.20 n.36 (first sentence of ¶ 27)<br>p.21 n.37 (second sentence of ¶ 27) |
| **DSUMF ¶ 4** | p.7 n.12 (entire ¶ 4) | **DSUMF ¶ 28** | p.16 n.29 (third sentence of ¶ 28)<br>p.18 n.32 (entire ¶ 28) |
| **DSUMF ¶ 5** | p.9 n.15 (entire ¶ 5) | **DSUMF ¶ 29** | p.18 n.32 (third sentence of ¶ 29)<br>p.21 n.37 (second sentence of ¶ 29) |
| **DSUMF ¶ 6** | p.24 n.42 (entire ¶ 6) | **DSUMF ¶ 30** | p.20 n.36 (entire ¶ 30) |
| **DSUMF ¶ 7** | p.11 n.19 (entire ¶ 7) | **DSUMF ¶ 31** | p.18 n.32 (first sentence of ¶ 31)<br>p.20 n.36 (first sentence of ¶ 31)<br>p.21 n.37 (second sentence of ¶ 31) |
| **DSUMF ¶ 8** | p.9 n.15 (entire ¶ 8) | **DSUMF ¶ 32** | p.15 n.25 (entire ¶ 32)<br>p.25 n.44 (entire ¶ 32) |
| **DSUMF ¶ 9** | p.9 n.15 (entire ¶ 9)<br>p.11 n.18 (entire ¶ 9) | **DSUMF ¶ 33** | p.6 n.11 (entire ¶ 33) |
| **DSUMF ¶ 10** | p.9 n.15 (entire ¶ 10) | **DSUMF ¶ 34** | p.18 n.32 (entire ¶ 34) |
| **DSUMF ¶ 11** | p.13 n.22 (first sentence of ¶ 11) | **DSUMF ¶ 35** | p.18 n.32 (entire ¶ 35)<br>p.23 n.39 (second sentence of ¶ 35) |
| **DSUMF ¶ 12** | p.16 n.28 (second sentence of ¶ 12) | **DSUMF ¶ 36** | p.22 n.38 (second sentence of ¶ 36) |
| **DSUMF ¶ 13** | p.14 n.24 (entire ¶ 13) | **DSUMF ¶ 37** | p.22 n.38 (entire ¶ 37) |
| **DSUMF ¶ 14** | p.15 n.25 (entire ¶ 14) | **DSUMF ¶ 38** | p.22 n.38 (entire ¶ 38) |
| **DSUMF ¶ 15** | p.5 n.9 (third sentence of ¶ 15)<br>p.6 n.11 (fourth sentence of ¶ 15)<br>p.16 n.27 (entire ¶ 15) | **DSUMF ¶ 39** | p.24 n.40 (second sentence of ¶ 39)<br>p.24 n.41 (first sentence of ¶ 39) |
| **DSUMF ¶ 16** | p.14 n.23 (second sentence of ¶ 16)<br>p.16 n.29 (first sentence of ¶ 16) | **DSUMF ¶ 40** | p.25 n.43 (entire ¶ 40) |
| **DSUMF ¶ 17** | p.9 n.15 (entire ¶ 17)<br>p.18 n.32 (first sentence of ¶ 17) | **DSUMF ¶ 41** | p.23 n.39 (first sentence of ¶ 41)<br>p.25 n.46 (second sentence of ¶ 41) |
| **DSUMF ¶ 18** | p.10 n.16 (entire ¶ 18) | **DSUMF ¶ 42** | p.26 n.47 (entire ¶ 42) |
| **DSUMF ¶ 19** | p.18 n.32 (entire ¶ 19) | **DSUMF ¶ 43** | p.26 n.47 (entire ¶ 43) |
| **DSUMF ¶ 20** | p.10 n.16 (second sentence of ¶ 20)<br>p.17 n.30 (second and third sentences of ¶ 20) | **DSUMF ¶ 44** | p.25 n.46 (entire ¶ 44) |
| **DSUMF ¶ 21** | p.17 n.30 (entire ¶ 21) | **DSUMF ¶ 45** | p.26 n.47 (entire ¶ 45) |
| **DSUMF ¶ 22** | p.11 n.17 (entire ¶ 22)<br>p.17 n.30 (first sentence of ¶ 22)<br>p.18 n.31 (third sentence of ¶ 22)<br>p.18 n.32 (second and third sentences of ¶ 22) | **DSUMF ¶ 46** | p.26 n.48 (entire ¶ 46)<br>p.26 n.49 (second sentence of ¶ 46) |
| **DSUMF ¶ 23** | p.11 n.17 (entire ¶ 23)<br>p.16 n.27 (entire ¶ 23)<br>p.19 n.33 (fifth sentence of ¶ 23) | **DSUMF ¶ 47** | p.10 n.16 (first sentence of ¶ 47)<br>p.27 n.51 (second sentence of ¶ 47) |
| **DSUMF ¶ 24** | p.9 n.15 (entire ¶ 24)<br>p.10 n.16 (first sentence of ¶ 24)<br>p.16 n.29 (fourth sentence of ¶ 24)<br>p.18 n.32 (entire ¶ 24)<br>p.19 n.33 (fourth sentence of ¶ 24) | | |