# Exhibit A

Mark Lenzi- List of All Temporary Duty Assignments

| Assignment Number | Location | Overseas/ Domestic | Start Date | Duration | Classification |
|---|---|---|---|---|---|
| Paid for out of personal funds | Washington, DC, United States | Domestic | 24-Apr-2022 | 28 days | Medical Treatment at Walter Reed National Military Medical Center |
| 10879822Document Number 106920A1138 | Philadelphia, PA, United States | Domestic | 15-Dec-2019 | 3 days | Philadelphia Passport Agency TDY |
| 10666568Document Number (not yet assigned) | Boston, MA, United States | Domestic | 12-Sep-2019 | 4 days | Travel to UPenn hospital associated with medevac -- airfare reimbursement |
| 10390404Document Number 6025910316D | Philadelphia, PA, United States | Domestic | 18-Aug-2019 | 7 days | UPenn Hospital Treatment August 2019 associated with Medevac |
| 10390310Document Number 6025910315D | Philadelphia, PA, United States | Domestic | 21-Jul-2019 | 5 days | UPenn Hospital Treatment associated with diagnosed Traumatic Brain Injury |
| 10400218-1Document Number 106919A1675 | Saint Albans, VT, United States | Domestic | 11-Jul-2019 | 2 days | Vermont PPA and DS RO site visit |
| 10302860Document Number 6025910313D | New York, NY, United States | Domestic | 14-May-2019 | 3 days | Medical treatment at UPenn Hospital associated with medevac and work at US mission to UN |
| 10390168Document Number 106919A1745 | Boston, MA, United States | Domestic | 01-May-2019 | 1 day | Boston Passport and RO repairs |
| 10316446Document Number 6025910312D | Philadelphia, PA, United States | Domestic | 10-Mar-2019 | 4 days | Medical Treatment at UPenn Hospital associated with medevac March 2019 |
| 10316362Document Number 6025910311D | Philadelphia, PA, United States | Domestic | 09-Dec-2018 | 4 days | Medical Treatment at UPenn Hospital associated with medevac Dec 2018 |
| 10316289Document Number 6025910310D | Philadelphia, PA, United States | Domestic | 21-Oct-2018 | 7 days | Medical Treatment at UPenn Hospital associated with medevac Oct 2018 |
| 10316179Document Number 6025910309D | Philadelphia, PA, United States | Domestic | 09-Sep-2018 | 4 days | Medical Treatment at UPenn Hospital associated with medevac Sept 2018 |
| Medevac to US including 9829595-2Document Number 6025810990C | Philadelphia, PA, United States | Domestic | 07-Jun-2018 | 58 days | Medical Evacuation at UPenn Brain Injury Repair Center Jun 7 to Aug 3 |
| 9095978-2Document Number 13058B4022 | US Consulate Shenyang and then | Overseas | 07-May-2018 | 10 days | Lenzi/Shenyang-Beijing/May 07- |

Mark Lenzi- List of All Temporary Duty Assignments

| Assignment Number | Location | Overseas/ Domestic | Start Date | Duration | Classification |
|---|---|---|---|---|---|
|  | US Embassy Beijing, China |  |  |  | 16/Technical Security Post Support |
| 9064558-2Document Number 13058B4017 | Hong Kong, Hong Kong | Overseas | 28-Mar-2018 | 5 days | RSO Hong Kong Support |
| 8992236Document Number 13058B4011 | Chengdu, China | Overseas | 19-Mar-2018 | 7 days | Lenzi/Chengdu/March 18-24/Technical Security Post Support |
| 9060048Document Number 13058B4015 | Hong Kong, Hong Kong | Overseas | 26-Feb-2018 | 4 days | RSO Hong Kong Support |
| 8668136Document Number 13058B4001 | Hong Kong, Hong Kong | Overseas | 11-Dec-2017 | 5 days | RSO Hong Kong Support |
| 8846670Document Number 13058B4003 | Beijing, China | Overseas | 03-Dec-2017 | 4 days | Lenzi/Beijing/Dec 03-06/Technical Security Post Support to Beijing |
| 8668100-1Document Number 13057B4048 | Hong Kong, Hong Kong | Overseas | 16-Oct-2017 | 5 days | RSO Hong Kong Support |
| 8624421Document Number 13057B4042 | Hong Kong, Hong Kong | Overseas | 07-Sep-2017 | 3 days | RSO Hong Kong Support |
| 8481789Document Number 13057B4040 | Hong Kong, Hong Kong | Overseas | 05-Jul-2017 | 2 days | RSO support |
| 8424318Document Number 13057B4038 | Hong Kong, Hong Kong | Overseas | 20-Jun-2017 | 5 days | RSO Hong Kong Support |
| 8394269Document Number 13057B4036 | Hong Kong, Hong Kong | Overseas | 31-May-2017 | 5 days | RSO Support for OIG visit |
| 8334535Document Number 13057B4031 | Hong Kong, Hong Kong | Overseas | 07-May-2017 | 5 days | RSO Hong Kong Support |
| 8071903Document Number 13057B4020 | Hong Kong, Hong Kong | Overseas | 13-Feb-2017 | 4 days | ESO Support |
| 8065616Document Number 13057B4019 | Hong Kong, Hong Kong | Overseas | 22-Jan-2017 | 5 days | ESO Support |
| 7993490Document Number (not yet assigned) | Taipei, Taiwan | Overseas | 05-Dec-2016 | 11 days | TDY Support for Taipei CAT |
| 7953136-3Document Number 13057B4005 | Hong Kong, Hong Kong | Overseas | 28-Nov-2016 | 5 days | ESO Hong Kong Support and then Taipei support |
| 7850469Document Number 1305631060 | Hong Kong, Hong Kong | Overseas | 20-Oct-2016 | 4 days | ESO Support |
| 7788548Document Number 1305631055 | Hong Kong, Hong Kong | Overseas | 19-Sep-2016 | 3 days | ESO Support |
| 7784700Document Number 1305631052 | Hong Kong, Hong Kong | Overseas | 07-Sep-2016 | 5 days | ESO Support |
| 7588849Document Number 12406T0378 | Copenhagen, Denmark | Overseas | 07-Jun-2016 | 3 days | 7588849 - Copenhagen-ESC Support |
| 7519488Document Number 12406T0340 | Stockholm, Sweden | Overseas | 23-May-2016 | 22 days | 7519488 - Stockholm - ESC Support |
| 7509761Document Number 12406T0318 | Williamsburg, VA, United States | Domestic | 02-May-2016 | 10 days | 7509761 - Williamsburg – Represent DS at National Technical |

Mark Lenzi- List of All Temporary Duty Assignments

| Assignment Number | Location | Overseas/Domestic | Start Date | Duration | Classification |
|---|---|---|---|---|---|
| | | | | | Counterintelligence Exercise |
| 7470270Document Number 12406T0292 | Hague, the, Netherlands | Overseas | 18-Apr-2016 | 5 days | 7470270 - The Hague/Amsterdam - ESC Support |
| 7365787Document Number 12406T0234 | Brussels, Belgium | Overseas | 10-Mar-2016 | 10 days | 7365787 - Brussels - ESC Support for new NATO Headquarters |
| 7318082-1Document Number 12406T0203 | Tallinn, Estonia | Overseas | 26-Feb-2016 | 11 days | 7318082 - Tallinn- ESC Support |
| 7266305Document Number 12406T0150 | Hague, the, Netherlands | Overseas | 15-Feb-2016 | 5 days | 7266305 - The Hague/Amsterdam - ESC Support |
| 7260108Document Number 12406T0139 | Yaounde, Cameroon and N'Djamena Chad | Overseas | 20-Jan-2016 | 12 days | 7260108 - Yaounde/N'Djamena - ESC Support |
| 7115737-1Document Number 12406T0033 | Hague, the, Netherlands | Overseas | 16-Nov-2015 | 5 days | 7115737 - The Hague/Amsterdam - ESC Support |
| 7062267Document Number 12406T0009 | Hague, the, Netherlands | Overseas | 12-Oct-2015 | 5 days | 7062267 - The Hague - ESC Support |
| 6988834Document Number 12405X1686 | Hague, the, Netherlands | Overseas | 14-Sep-2015 | 5 days | 6988834 - The Hague - ESC Support |
| 6879147Document Number 12405X1626 | Reykjavik, Iceland | Overseas | 21-Aug-2015 | 8 days | 6879147 - Reykjavik - ESC Support |
| 6886470Document Number 12405X1631 | Copenhagen, Denmark | Overseas | 27-Jul-2015 | 4 days | 6886470 - Copenhagen - ESC Support/Consultations |
| 6869326Document Number 12405X1621 | Chisinau, Moldova | Overseas | 07-Jul-2015 | 8 days | 6869326 - Chisinau - ESC Support |
| 6768378Document Number 12405X1484 | Tashkent, Uzbekistan | Overseas | 10-Jun-2015 | 15 days | 6768378 - Tashkent - ESC Support |
| 6733707-1Document Number 12405X1451 | Kyiv, Ukraine | Overseas | 15-May-2015 | 15 days | 6733707 - Kyiv - ESC Support including Acting OIC |
| 6731863Document Number 12405X1449 | Amsterdam, Netherlands | Overseas | 13-Apr-2015 | 5 days | 6731863 - Amsterdam - ESC Support |
| 6694418-1Document Number 12405X1409 | Copenhagen, Denmark | Overseas | 14-Mar-2015 | 6 days | 6694418 - Copenhagen - ESC Support |
| 6624964Document Number 12405X1326 | Munich, Germany | Overseas | 23-Feb-2015 | 12 days | 6624964 - Munich - ESC Support |
| 6647606Document Number 12405X1366 | Hague, the, Netherlands | Overseas | 09-Feb-2015 | 5 days | 6647606 The Hague ESC Support |
| 6606724Document Number 12405X1297 | Amsterdam, Netherlands | Overseas | 22-Jan-2015 | 9 days | 6606724 - Amsterdam - ESC Support |
| 6568126-1Document Number 12405X1265 | Brussels, Belgium | Overseas | 04-Dec-2014 | 16 days | 6568126 - Brussels/Luxembourg - ESC Support |

3

Mark Lenzi- List of All Temporary Duty Assignments

| Assignment Number | Location | Overseas/Domestic | Start Date | Duration | Classification |
|---|---|---|---|---|---|
| 6304771-1Document Number 10694B0632 | Guangzhou, China | Overseas | 08-Jun-2014 | 22 days | Support RSO's Office and JASON Advisory Meeting, Activity Code CMP05 |
| 6165966-1Document Number 10694B0523 | Williamsburg, VA, United States | Domestic | 01-May-2014 | 10 days | Represent DS at National Counterintelligence Training Exercise, Activity Code TSC01 |
| 6167679-1Document Number 10694B0325 | Moscow, Russia | Overseas | 24-Feb-2014 | 21 days | Support RSO's Office, Activity Code CMP05 |
| 5930648Document Number 10693B0575 | Guangzhou, China | Overseas | 08-Aug-2013 | 20 days | Support RSO's Office, Activity Code CMP05 |
| 5784308Document Number 10693B0351 | Moscow, Russia | Overseas | 12-Apr-2013 | 17 days | Support RSO's Office, Activity Code CMP05 |
| 5694407Document Number 10693B0228 | Manila, Philippines | Overseas | 04-Feb-2013 | 20 days | (EAP) STO11 - Technical Support |
| 4717969-2Document Number 10692B0140 | Afghanistan multiple forward operating locations | Overseas | 12-Jan-2012 | 64 days | Support Post RSO, Activity Code STO01 |
| 4712628Document Number 10692B0145 | WV Summit Point, WV, US (County: Jefferson) | Domestic | 05-Dec-2011 | 5 days | FACT Training, Activity Code STO01 |