# PX-020



See Instructions Before Completing (DS-5055)

U.S. Department of State

# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

## I. SUBMISSION CONTROL

| DATE RECEIVED IN POST/BUREAU *(mm-dd-yyyy)* | DATE RECEIVED IN HR/PE *(mm-dd-yyyy)* |
|---|---|
| 05-14-2018 | 05-14-2018 |

| NAME OF EMPLOYEE BEING RATED *(Last, First, MI)* | GRADE | EMPLOYEE IDENTIFICATION NUMBER |
|---|---|---|
| LENZI, MARK R. | FS-03 | 157155 |

| TYPE OF REPORT | POSITION TITLE | POST OR ORGANIZATION | PERIOD COVERED *(mm-dd-yyyy)* |
|---|---|---|---|
| Regular | SECURITY OFCR - ENGINEERING | BEIJING | From 08-14-2017 To 04-15-2018 |

| RATER - NAME, TITLE | RATER GRADE | REVIEWER - NAME, TITLE | REVIEWER GRADE |
|---|---|---|---|
| HAYES, BRIAN C. OFFICER IN CHARGE/ESO GUANGZHOU | FS-02 | LIM, EUN J. REGIONAL SECURITY OFFICER | FS-03 |

*I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.*

| Signature of Rater after completion of Sections II, V, and VII | Date | Signature of Reviewer after completion of Section VIII | Date |
|---|---|---|---|
| /s/ BRIAN HAYES | 05-14-2018 | /s/ EUN LIM | 05-14-2018 |

## II. CERTIFICATION OF WORK RESPONSIBILITIES AND PERFORMANCE REVIEWS

Work responsibilities were established by rater, reviewer, and employee on *(mm-dd-yyyy)*    10-25-2017

Rater and rated employee held performance review sessions on at least two dates as follows:    *(mm-dd-yyyy)*

1.    11-29-2017        2.    02-02-2018

## III. ACKNOWLEDGEMENT OF RECEIPT (Completed by Rated Employee)

*I acknowledge receipt of this report, which has been completed for submission to a review panel.*

| Signature of Rated Employee | Date |
|---|---|
| /s/ MARK LENZI | 05-14-2018 |

## IV. REVIEW PANEL STATEMENT  (Completed by Review Panel)

A.  **Examples of Performance:**  Have specific examples been provided in all sections?    Yes ☒    No ☐

B.  **Certification:**  This report has been prepared according to the regulations and contains no inadmissible material.    Yes ☒    No ☐

C.  **If this report is submitted late or does not conform to regulations and instructions, indicate who is responsible:**

| Signature of Panel Chairperson | Name of Panel Chairperson | Date |
|---|---|---|
| /s/ BARON LOBSTEIN | BARON P. LOBSTEIN | 05-14-2018 |

## V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES

**Position Description: Size and function of the work unit and its position within the Mission or Bureau, number of employees rated and reviewed, amount and purpose of financial and physical resources for which the employee is accountable.**
The Security Engineering Officer (SEO) assigned to Engineering Service Office (ESO) Guangzhou is the first responder for day to day technical operations and monthly reporting requirements for Guangzhou and Hong Kong. This position is responsible for rating the ESO's logistician and directly reports to the OIC/ESO Guangzhou.

**Core Work Responsibilities**
**Model the Department of State's six core values (accountability, character, community, diversity, loyalty, service) and the Department's Leadership and Management Principles; observe and implement EEO principles.**
**Security Responsibilities:  Ensure active risk management through monitoring the security environment concurrent to the scope of official duties and responsibilities; follow security directives, regulations, and policies; safeguard classified information, material, and equipment.**

Provide technical security services to ensure posts maintain a superior technical and physical security program. Services include designing, installing and/or maintaining closed circuit television, intrusion detection, electric access control, emergency notification and destruction systems, perimeter protection systems, etc.
**Goals/Specific Objectives: List in priority order the outcomes the employee seeks to achieve in support of Mission, Bureau, or Department goals.**
1. Complete the annual technical security equipment reconciliation for classified equipment inventory.
2. Perform monthly countermeasure activities with required reporting to ST Management in ESC Beijing and DS/CMP in Washington.
3. Design, implement, and document a specialized countermeasures testing program for U.S. Consulate General Hong Kong.
4. Perform the annual electronic Technical Security Assessment (eTSA) for all constituent posts.

DS-5055
05-2015

When completed on a Foreign Service employee, this is a performance evaluation report that shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

Page 1 of 4

STATE00002882

| V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES - CONT. |
|---|
| **Special Circumstances:** Unusual, unexpected or unpredictable circumstances that significantly altered operational conditions. |
| |

## VI. DESCRIPTION OF ACCOMPLISHMENTS (Completed by Rated Employee)

**Describe your individual and collaborative accomplishments that advanced the Department's mission.**

During this rating period I have applied my team-building and management abilities in addition to my technical and engineering skills to bring a well-rounded approach to challenges confronting Engineering Services Office (ESO) Guangzhou. I am particularly proud of leading and managing the close-out of a complex, multi-million dollar Technical Security Upgrade at U.S. Consulate General Hong Kong in June 2017 that involved extensive coordination with numerous U.S. Government agencies and came in under budget - accomplishing a major ESO goal.

I have earned plaudits from U.S. Consulate General Guangzhou as well as Diplomatic Security (DS) management for my team building efforts to foster a workplace climate based on mutual respect and trust. I always try to instill a sense of team unity whether it is on a sensitive temporary duty mission to U.S. Consulate General Chengdu to address a complex interagency technical issue or organizing consulate-wide team building activities such as flag football games with the Marine Security Guards or teaching Chinese citizens about American culture in a Public Affairs Section (PAS) outreach event.

One of the aspects of my job that I have enjoyed the most during this rating period is advising the Regional Security Officers (RSOs) of U.S. Consulates General Guangzhou, Chengdu and Hong Kong on technical counterintelligence threats facing U.S. interests in China. As part of these efforts, I was able to draw upon my experience as the Security Engineering Officer with the most field experience using two of DS's most cutting-edge technical counterintelligence equipment platforms.

Over the past year I have won praise from DS management in Washington for my written and oral communication skills, especially for my numerous technical Engineering Security Services Reports where I have had to take extremely complex engineering issues and describe them in a way that a non-technical audience can understand.

During my numerous times as acting Officer in Charge of ESO Guangzhou, I have taken on significant management responsibilities such as when I was called on to help lead responses to emergency security situations when technical countermeasure equipment and/or infrastructure has failed. I relish working in a fast-paced work environment where a manager needs to tactically prioritize a rank order of tasks and coordinate responses in conjunction with numerous State Department and interagency personnel.

As a finalist during this rating period to be DS Security Engineering Officer of the Year, I am proud of my reputation in the wider consulate community in Guangzhou and with DS management. I feel that I am thriving at the FP-03 level both professionally and personally and desire to stay at this rank for the next few years while I further hone and develop my management skills.

## VII. EVALUATION OF PERFORMANCE AND POTENTIAL (Completed by Rater)

**A. Appraise the employee's accomplishments in the areas of informational, operational, and relational effectiveness. Cite specific policy and programmatic outcomes and their impact on the Department's mission.**

SEO Mark Lenzi serves as my second in command and is an invaluable resource, providing institutional knowledge of the facility and developing key relationships with Post stakeholders. My transition to the region was eased by his role in closing out the Technical Security Upgrade at U.S. Consulate General Hong Kong shortly before I arrived. This rating period required Mark to draw on his full range of competencies, from the identification of technical vulnerabilities to the development of new countermeasures, mitigating building safety issues and serving as the face of the ESO in multiple Consulate outreach events. As Mark moves to his next assignment, he has shown he possesses the fundamental skills to excel as an Officer in Charge of his own Engineering Service Office (ESO).

Mark authored several impactful and insightful Engineering Security Services Reports (ESSRs) this rating period, demonstrating his informational effectiveness. In each case, he performed an in-depth technical survey, analyzed collected data and communicated the results via written report. The response from headquarters resulted in multiple teams being sent to Post to act on his ESSR recommendations and implement mitigations that ultimately reduced the risk to classified processing and discussion.

Finding a shortcoming with current countermeasures in Hong Kong, Mark developed and implemented a solution to improve operational capabilities for the ESO, which enables us to better mitigate the evolving threat landscape. After Mark identified this gap in the ESO's data collection capabilities, he surveyed the appropriate location for installation, identified a solution from in-stock supplies and implemented the system, requiring little guidance or

DS-5055                                                                 Page 2 of 4

STATE00002883

support from peers. As a result, Mark has enhanced ESO operations and reduced the risk to Post with a home-built solution and no upfront costs to the Department.

After a routine inspection identified a safety issue with the location of a power panel, Mark led the resolution effort and eliminated the issue. The first step required working with Facilities Management to identify a solution, followed by presenting this solution to multiple Post entities as well as to headquarters for review. After successfully obtaining the required approvals, Mark identified the necessary local Post resources to implement the plan. Using his communication and management skills, Mark eliminated a long-standing issue and ensured any future work on this power panel no longer presents a risk to life safety.

Mark, in coordination with the Consulate General's Public Affairs Section (PAS), led multiple team-building events this year, including flag football games during Thanksgiving and the Super Bowl that included teaching Chinese citizens about the role of football in American culture. Representing the ESO, Mark leveraged his interpersonal skills to facilitate games between amateur American and Chinese teams. Mark's dedicated efforts to promote American culture and sports was received favorably by Post management and elevated the ESO's role in the Consulate community.

Mark's relationship with his rater and reviewer is constructive and often results in an open discussion that identifies multiple perspectives on a given issue. He also received praise from senior RSO in Beijing after being nominated for the 2017 DS Employee of the Year award. He perpetually seeks to improve relations with peers within and outside the ESO and offers guidance when helpful. After the ESO's logistician made numerous grammar mistakes in an email, Mark identified several Department writing classes and constructively offered to help her improve her writing. His commitment to the ESO's technical security programs and strong inter- and intra-agency relationships will sorely be missed.

---

**B. Developmental area: Competency that needs the greatest strengthening to entrust employee with greater responsibilities. Cite example(s) from the current rating period.**

**Specify competency** Communication & Foreign Lang

While SEO Lenzi excels at writing and the oral argument, after multiple counseling sessions he still struggles to tailor his written message to the appropriate audience. Specifically, there are instances when more people than necessary are included in a specific discussion and others when the email's distribution list is insufficient. For the next rating period, SEO Lenzi should take additional time to carefully consider his audience and refine his tone and content as appropriate, particularly when communicating with senior levels of management.

**C. Rater's Summary Judgment**

For All Employees: Was performance satisfactory or better?     Yes  ☒    No  ☐

For Untenured Employees:     ☐  The career candidate is likely to perform effectively across a normal career span

☐  Additional development and observation is needed

☐  The career candidate is unlikely to perform effectively even with additional experience

---

**VIII. REVIEW STATEMENT (Completed by Reviewer)**

**Assess the rated employee's preparedness for positions of greater responsibility, citing examples of performance. Describe the employee's relations with the rater, peers and subordinates.**

Mark Lenzi is an integral and vital member of the RSO section and the entire consulate community. He continued to demonstrate his expertise with Diplomatic Security's most cutting edge and complex technical counterintelligence systems and has also exhibited solid managerial skills when serving as acting Officer in Charge of the Engineering Services Office (ESO) numerous times during this rating period. Mark has a productive and collaborative relationship with his rater. Mark is well-regarded by his peers and the RSO section particularly values his willingness to go out of his way to speak with the Marine Security Guards at Post about the background of technical security systems that the Marines use on a daily basis. He is also proactive in discussing professional development, career and leadership topics that the Marines appreciate.

While many at Post do not see Mark's mostly behind the scenes technical security work, they do see his involvement in consulate outreach events. For example, Mark led a public diplomacy event promoting American Football in which he fielded a consulate team to go up against a Chinese team. After the game, he was interviewed by Chinese media outlets where he nailed Public Affairs' talking points. His participation exemplified Mark's contributions to teambuilding and increased cohesion amongst the Marine Security Guards and American Foreign Service personnel in Guangzhou. His outreach efforts were lauded by both Public Affairs Guangzhou and Beijing.

Mark demonstrates excellent communication and leadership skills whether it is writing reports or volunteering to speak with members of a visiting Air War College delegation to China. Post appreciates Mark's well rounded work approach and will miss him when he departs for his onward assignment to lead the ESO office in Baku, Azerbaijan.

---

STATE00002884

## IX. PERFORMANCE PAY (For SFS Only - Completed by Rater)

**Assess Performance keyed directly to the Performance Pay Criteria.**

## X. OPTIONAL STATEMENT BY RATED EMPLOYEE

**The rated employee may use this section to address activities or problems that the Rater or Reviewer did not adequately cover or aspects of the report that he or she believes should be clarified or corrected. Continuation sheets may be used.**

**DS-5055**

**Page 4 of 4**

STATE00002885

# PX-021



U.S. Department of State

EMPLOYEE EVALUATION REPORT

OPTIONAL SHORT FORM: FOR PERIODS OF FEWER THAN 120 DAYS

## I. EMPLOYEE'S DUTIES

| Date Received in Post/Bureau *(mm-dd-yyyy)* | Date Received in HR/PE *(mm-dd-yyyy)* | Period Covered *(mm-dd-yyyy)* | |
|---|---|---|---|
| 04-09-2019 | 04-09-2019 | From: 12-18-2018 | To: 04-15-2019 |

| 1. Name of Employee Being Rated *(Last, First, MI)* | | 2. Grade | 3. Employee ID Number |
|---|---|---|---|
| LENZI       MARK       R. | | FS-03 | 157155 |

| 4. Post or Organization | 5. Position Title | 6. Date *(mm-dd-yyyy)* |
|---|---|---|
| DS/NOC | SECURITY ENGINEERING OFFICER | 12-18-2018 |

## II. WORK RESPONSIBILITIES, COUNSELING, REVIEW PANEL

| Work Responsibilities Established Date *(mm-dd-yyyy)* | Work Responsibilities Revised Date *(mm-dd-yyyy)* |
|---|---|
| 02-19-2019 | |

| Professional Development Date *(mm-dd-yyyy)* | Professional Development Date *(mm-dd-yyyy)* |
|---|---|
| 03-05-2019 | |

| Rater Name | Rater Position | Grade |
|---|---|---|
| RAYMOND RIVERA | BRANCH CHIEF | GS14 |

| Signature of Rater | | Date *(mm-dd-yyyy)* |
|---|---|---|
| RAYMOND RIVERA | ✓ eSigned Using eForms | 03-29-2019 |

| Reviewer Name | Reviewer Position | Grade |
|---|---|---|
| JOY D. HERRERA-BACA | DIVISION CHIEF | FE-OC |

| Signature of Reviewer | | Date *(mm-dd-yyyy)* |
|---|---|---|
| BacaJD | ✓ eSigned Using eForms | 03-29-2019 |

| Signature of Rated Employee | | Date *(mm-dd-yyyy)* |
|---|---|---|
| LenziMR | ✓ eSigned Using eForms | 04-09-2019 |

| Name of Review Panel Chairperson | Review Panel Chairperson Position |
|---|---|
| Kerry Nikutta | Human Resources Officer |

| Signature of Review Panel Chairperson | | Date *(mm-dd-yyyy)* |
|---|---|---|
| NikuttaKB | ✓ eSigned Using eForms | 04-09-2019 |

| Examples Provided? | Inadmissible Material? |
|---|---|
| [X] YES  [ ] No | [ ] YES  [X] No |

## III. ORGANIZATIONAL CONTEXT, CIRCUMSTANCES, GOALS

**A. Organizational Context:**
Mr. Mark Lenzi is assigned to the Maintenance and Repair Section of the Domestic Management and Engineering Branch (DME), Office of Security Technology (ST), Bureau of Diplomatic Security.

**B. Organizational Circumstances:** (UNFORESEEN, UNANTICIPATED EVENTS THAT AFFECTED OPERATIONS)

**C. Core Work Responsibilities:**
Model the Department of State's six core values (accountability, character, community, diversity, loyalty, service) and the Department's Leadership and Management Principles; observe and implement EEO principles.

Security Responsibilities: **Ensure active risk management through monitoring the security environment concurrent to the scope of official duties and responsibilities; follow security directives, regulations, and policies; safeguard classified information, material, and equipment.**

DS-7768
05-2017

*When completed on Foreign Service personnel, this is an evaluation report which shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.*

Page 1 of 2

STATE00002886

## III. ORGANIZATIONAL CONTEXT, CIRCUMSTANCES, GOALS (Cont.)

**D. Core Work Requirements, Goals/Specific Objectives:**
1. Remain current on all GTM-related training and financial disclosure requirements.
2. Verify contractor completed work orders in Maximo for completeness, accuracy and timeliness.
3. Perform site visits on fielded equipment to ensure proper maintenance and repair by contractors.
4. When directed, participate in domestic technical security project closeouts to ensure operational readiness.

## IV . EVALUATION OF PERFORMANCE (Completed by Rater)

Security Engineering Officer (SEO) Mark Lenzi serves Domestic Management and Engineering (DME) as a Government Technical Monitor (GTM) to assess and review contractor completed technical work orders in the Northeast Region of the United States for adherence to government standards.  As a GTM, Mark reviews 100 percent of completed work orders in the Northeast Region and is responsible for reviewing work orders and verifying contractor response time, accuracy of work orders, labor hours, parts usage and even customer response. In this capacity, he oversees thousands of dollars of project labor, equipment, and materials.

Since arriving in DME, Mark set about learning as much as possible about his new assignment. Mark dialed in to meetings with other DME GTMs to learn strategies on what to look for in properly prepared work order reporting.  This approach enabled him to maintain equivalent performance evaluation of the work being performed by the technicians in the field. Mark completed a number of work order reviews such as preventative maintenance and repairs of critical security equipment in Boston, New Hampshire and New York. Mark quickly came up to speed with DME's rather complex exceptions process. As a result, Mark conducted research into a challenging exception process review concerning a Network Client Digital Video Recorder (DVR) issue at the Boston Passport Agency that not only had certain expectations by the end users in Boston, but had to abide by challenging security requirements. Customers in Boston were satisfied with the outcome because the solution did not sacrifice Department security requirements.

One of the traits that the DME branch appreciates about Mark is his enthusiasm to better and broaden his professional areas of expertise. For example, over the course of this rating period, Mark completed the Department of State Foreign Service Institute's EX 250 Counterintelligence Awareness training as well as PP 468 Promoting International Religious Freedom. The latter course is a good example of Mark's well roundedness in the workplace as an addition to traditional engineering and project management activities. Along the same lines, Mr. Lenzi tries to stay current with his Ukrainian and Russian language ratings with the Department by reading and speaking these languages as much as possible. Mark has also been advised that he has to complete Contractor Officer Representative training so that he can fully perform his role as a GTM.

Mark is fully aware of his responsibility to protect the Department against waste, fraud, and mismanagement, and to protect classified information that comes under his care and fully promotes the Department's Equal Employment Opportunity (EEO) and diversity principles.

## V. DEVELOPMENTAL AREA (Completed by Rater)

Competency that needed the most strengthening over this rating period; Cite Example(s) from this rating period. During this rating period Mark contacted the Assistant Secretary of DS directly with a request for access to ClassNet and Secret level phones. While the A/S encouraged Mark to reach out to him when he had issues to resolve, Mark should first try to resolve all issues using his chain of command. Mark agreed to do this and work on this as an area of development over the next year.

## VI. OPTIONAL STATEMENT BY RATED EMPLOYEE

The rated employee may use this section to address activities or problems that the Rater or Reviewer did not adequately cover or aspects of the report he or she believes should be clarified or corrected. Continuation sheets may be used.
I would like to thank my Rater, Reviewer and my direct supervisor, Phil Lies, for their guidance during this rating period and for taking the time to come to New Hampshire to see me at my office here. I appreciate that they understand my work situation now.

STATE00002887

# PX-022

See Instructions Before Completing (DS-5055i)

U.S. Department of State

# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

### I. SUBMISSION CONTROL

| | |
|---|---|
| DATE RECEIVED IN POST/BUREAU *(mm-dd-yyyy)*<br>05-14-2020 | DATE RECEIVED IN HR/PE *(mm-dd-yyyy)*<br>05-14-2020 |

| NAME OF EMPLOYEE BEING RATED *(Last, First, MI)*<br>LENZI, MARK R. | | GRADE<br>FS-03 | EMPLOYEE IDENTIFICATION NUMBER<br>157155 |
|---|---|---|---|

| TYPE OF REPORT<br>Regular | POSITION TITLE<br>SECURITY ENGINEERING OFFICER | POST OR ORGANIZATION<br>DS/NOC | PERIOD COVERED *(mm-dd-yyyy)*<br>From 04-16-2019 To 04-15-2020 |
|---|---|---|---|

| RATER - NAME, TITLE<br>RIVERA, RAYMOND<br>BRANCH CHIEF | RATER GRADE<br>GS-14 | REVIEWER - NAME, TITLE<br>HERRERA-BACA, JOY D.<br>DIVISION CHIEF | REVIEWER GRADE<br>FE-OC |
|---|---|---|---|

*I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.*

| Signature of Rater after completion of Sections II, V, and VII<br>/s/ RAYMOND RIVERA | Date<br>05-14-2020 | Signature of Reviewer after completion of Section VIII<br>/s/ JOY HERRERA-BACA | Date<br>05-14-2020 |
|---|---|---|---|

### II. CERTIFICATION OF WORK RESPONSIBILITIES AND PERFORMANCE REVIEWS

Work responsibilities were established by rater, reviewer, and employee on *(mm-dd-yyyy)*     05-28-2019

Rater and rated employee held performance review sessions on at least two dates as follows:     *(mm-dd-yyyy)*

1.     12-17-2019          2.     03-12-2020

### III. ACKNOWLEDGEMENT OF RECEIPT (Completed by Rated Employee)

*I acknowledge receipt of this report, which has been completed for submission to a review panel.*

| Signature of Rated Employee<br>/s/ MARK LENZI | Date<br>05-14-2020 |
|---|---|

### IV. REVIEW PANEL STATEMENT   (Completed by Review Panel)

**A.   Examples of Performance:**  Have specific examples been provided in all sections?     Yes ☒   No ☐

**B.   Certification:**  This report has been prepared according to the regulations and contains no inadmissible material.     Yes ☒   No ☐

**C.   If this report is submitted late or does not conform to regulations and instructions, indicate who is responsible:**

| Signature of Panel Chairperson<br>/s/ PETER KAPOUKAKIS | Name of Panel Chairperson<br>PETER KAPOUKAKIS | Date<br>05-14-2020 |
|---|---|---|

### V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES

**Position Description: Size and function of the work unit and its position within the Mission or Bureau, number of employees rated and reviewed, amount and purpose of financial and physical resources for which the employee is accountable.**

Mr. Mark Lenzi is assigned to the  Maintenance and Repair Section of the Domestic Management and Engineering (DME) Branch of the Facilities Security Engineering (FSE) Division, Office of Security Technology, Bureau of Diplomatic Security.

**Core Work Responsibilities**
**Model the Department of State's six core values (accountability, character, community, diversity, loyalty, service) and the Department's Leadership and Management Principles; observe and implement EEO principles.**
**Security Responsibilities:  Ensure active risk management through monitoring the security environment concurrent to the scope of official duties and responsibilities; follow security directives, regulations, and policies; safeguard classified information, material, and equipment.**

Mark primarily serves as a Government Technical Monitor (GTM) verifying the contractor's work on repair and maintenance work orders. He uses Maximo, a computerized management and maintenance system, and field checks to verify proper and quality completion of work orders.
**Goals/Specific Objectives: List in priority order the outcomes the employee seeks to achieve in support of Mission, Bureau, or Department goals.**
1. Remain current on all GTM-related training and financial disclosure requirements.
2. Verify contractor completed work orders in Maximo for completeness and quality.
3. Travel to regional technical security offices to perform a program review of operations, inventory, asset tracking, and government vehicle use.
4. Mentor and train newly hired STS personnel assigned to DME.
5. Perform site visits on fielded equipment to ensure proper maintenance and repair by the contractor.
6. Attend domestic technical security project closeouts to ensure the equipment is properly installed and completely functional providing a functional baseline for maintenance and repair operations.

---

DS-5055<br>05-2015

When completed on a Foreign Service employee, this is a performance evaluation report that shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

Page 1 of 4

STATE00002888

| V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES - CONT. |
|---|

**Special Circumstances:** Unusual, unexpected or unpredictable circumstances that significantly altered operational conditions.

| VI. DESCRIPTION OF ACCOMPLISHMENTS (Completed by Rated Employee) |
|---|

**Describe your individual and collaborative accomplishments that advanced the Department's mission.**

I am proud of the job I have been able to do over this rating period as a Security Engineering Officer (SEO) and a Government Technical Monitor (GTM) to assess and review contractor completed technical work orders in the Northeast Region of the United States. As a GTM, I have remained current on all necessary training and financial disclosure requirements and have reviewed one hundred percent of completed work orders in my region including such important and high profile missions as U.S. Mission to the United Nations.

During this rating period I spent dozens of hours studying to be a Contract Officer Representative (CoR) through a 40+ hour course provided by U.S. Government. I passed a strenuous certifying exam during this rating period which allows me to review contractor completed work orders in Diplomatic Security's (DS) computer inventory system, Maximo, for completeness and quality, verification of contractor response time, auditing the accuracy of work orders, as well as overseeing labor hours, parts usage and customer response. In this capacity, I oversee hundreds of thousands of dollars of project labor, equipment, and materials for DS's Domestic Management and Engineering (DME) division.

I performed numerous site visits during this rating period on fielded equipment to ensure proper maintenance and repair by the contractor. I traveled to regional technical security offices to perform a program review of operations, inventory, asset tracking, and government vehicle use. I completed hundreds of work order reviews during this rating period such as preventative maintenance and repairs of critical security equipment at State Department offices in Philadelphia, Boston, Vermont, and New York City.

During this rating period, I have worked with the leadership at the Philadelphia Passport Agency and established crucial personal relationships with other stakeholders in the Northeast Region that allow me to address complex technical issues before they become such a concern that they need to be escalated.
I have made a point during this rating period to broaden my professional areas of expertise and have been pro-active about taking specialized training from the private sector that is crucial for DME's work such as with Aviglion, an access control system company that DS works very closely with.

During the Coronavirus pandemic I volunteered to work with a local hospital to use my Polish and Russian language skills (both of which I have US Government ratings for) for patients that may require translation. In addition, not only do I make myself available as a mentor resource for new newly hired SEO and STS personnel in DS but I also mentor university students and Fulbright scholarship applicants and recipients. I pride myself on bringing more to the US Government than just my engineering and CoR management skills and it is this well roundedness and community involvement that sets me apart from other SEOs.

| VII. EVALUATION OF PERFORMANCE AND POTENTIAL (Completed by Rater) |
|---|

**A. Appraise the employee's accomplishments in the areas of informational, operational, and relational effectiveness. Cite specific policy and programmatic outcomes and their impact on the Department's mission.**

Security Engineering Officer (SEO) Mark Lenzi serves Domestic Management and Engineering (DME) as a Government Technical Monitor (GTM) to assess and review contractor completed technical work orders in the Northeast Region of the United States for adherence to government technical, regulatory, contractual and compliance standards.. As a GTM, Mark reviews 100 percent of completed work orders generated in the Northeast Region of the United States. Mark is responsible for reviewing work orders and verifying contractor response time, accuracy of work orders, labor hours, parts usage and even customer responses for 20 Department of State facilities including such important and high profile missions as U.S. Mission to the United Nations in New York City.

As a GTM, Mark oversaw maintenance and repair efforts and reviewed in excess of 300 work orders during this rating period, both routine and emergency repairs of critical security equipment in DoS facilities in Philadelphia, Boston, Vermont, New Hampshire and New York City. Mark also participated in meetings with other DME GTMs to learn strategies on what to look for in properly reporting work order oversight. This approach enabled him to maintain an equivalent performance level of the work being performed by the technicians in the field and identifying technical security deficiencies. Additionally, with his expertise using the Computer Maintenance Management System (CMMS),Mark was able to immediately support technical security operations and ensure completion of service requests in his region.

Mark has developed a good understanding of DME's rather complex access control systems and HSPD-12

DS-5055          Page 2 of 4

STATE00002889

requirements. For example, Mark conducted research into a challenging access control issue with the Vermont Passport Agency and the adjacent Diplomatic Security St. Albans's Field Office. The issue involved the necessary software upgrade of an existing GSA card reader that these offices used. The Department's new Version 8 PIV Card was not compatible with this reader. Mark ensured that the GSA office was notified and the necessary card reader upgrade was completed. Consular Affairs and the DS Field Office management were impressed with Mark's knowledge of DS security systems and his assistance in resolving the access control issue.

During this rating period, Mark completed the Department of State Foreign Service Institute's EX 250 Counterintelligence Awareness training, PK217 Records Management for Everyone, PK400 Mandatory Training for Classifiers and Users of National Security Information, PS800 Cybersecurity Awareness, and PK 405 Preventing Harassment at State. Additionally, Mark has been participating in specialized online training for the domestic High Definition Secure Video Systems (HDSVS). Mark is fully aware of his responsibility to protect the department against waste, fraud, and mismanagement, and to protect classified information that comes under his care. Mark fully promotes the Department's Equal Employment Opportunity (EEO) and diversity principles.

---

**B. Developmental area: Competency that needs the greatest strengthening to entrust employee with greater responsibilities. Cite example(s) from the current rating period.**

**Specify competency** Substantive Knowledge

Since Mark's arrival in DME, he has done a tremendous job learning the technical security systems we use domestically as well as gaining a better understanding of the Alarmnet network and programming requirements. Mark has excellent knowledge of the security systems Diplomatic Security uses overseas but should continue to work on increasing his knowledge of our complex and nuanced domestic technical security systems. His oversight of maintenance and repair efforts has exposed him to some of the complexity of these systems and the need to acquire the

---

**C. Rater's Summary Judgment**

**For All Employees: Was performance satisfactory or better?**   Yes ☒   No ☐

**For Untenured Employees:**   ☐ The career candidate is likely to perform effectively across a normal career span

☐ Additional development and observation is needed

☐ The career candidate is unlikely to perform effectively even with additional experience

---

**VIII. REVIEW STATEMENT (Completed by Reviewer)**

**Assess the rated employee's preparedness for positions of greater responsibility, citing examples of performance. Describe the employee's relations with the rater, peers and subordinates.**

Mark Lenzi is a communicator. As such, he is comfortable expressing his opinions at all levels of our organization. When we met to discuss his accomplishments at New Hampshire Passport Office, it was clear that Mark was forming relationships throughout our organization.

Having completed his training to serve as a government technical monitor to oversee the work our contractors perform, Mark is well situated to become a contracting officer representative when the need arises. He is capitalizing on his role as a government technical monitor to gain all relevant experience needed to one day serve in this capacity for our organization.

This rating period the technicians in the region completed 538 service requests that included repair, maintenance, and in some cases, installations. Of those service requests, Mark evaluated the work on over 55 percent of them. He contacted the contracting officer representative when the quality of work was subpar. Together they devised resolutions that resulted in improved service and quality of work.

Mark and Ray share a productive and professional relationship. Mark has forged a collaborative relationship with the technicians he works with and fellow government technical monitors that reside in the Washington, D.C. area. Mark's demonstrated ability to build relationships will serve him greatly in his next assignment.

---

DS-5055

STATE00002890

Case 1:17-cr-00371-RTG-IDD Document 112-64 Filed 02/28/23 Page 13 of 62 PageID# 3826

| IX. PERFORMANCE PAY (For SFS Only - Completed by Rater) |
|---|

**Assess Performance keyed directly to the Performance Pay Criteria.**

| X. OPTIONAL STATEMENT BY RATED EMPLOYEE |
|---|

**The rated employee may use this section to address activities or problems that the Rater or Reviewer did not adequately cover or aspects of the report that he or she believes should be clarified or corrected. Continuation sheets may be used.**

I would like to thank my Rater and Reviewer for their guidance. I am proud of our productive relationship and for my accomplishments this rating period while working under challenging circumstances and with doctors from the National Academies of Sciences.

STATE00002891

# PX-023



See Instructions Before Completing (DS-5055I)
U.S. Department of State

# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

## I. SUBMISSION CONTROL

| | |
|---|---|
| DATE RECEIVED IN POST/BUREAU *(mm-dd-yyyy)*<br>04-22-2021 | DATE RECEIVED IN HR/PE *(mm-dd-yyyy)*<br>04-22-2021 |

| NAME OF EMPLOYEE BEING RATED *(Last, First, MI)*<br>LENZI, MARK R. | | GRADE<br>FS-03 | EMPLOYEE IDENTIFICATION NUMBER<br>157155 |
|---|---|---|---|

| TYPE OF REPORT<br>Regular | POSITION TITLE<br>SECURITY ENGINEERING OFFICER | POST OR ORGANIZATION<br>DS/NOC | PERIOD COVERED *(mm-dd-yyyy)*<br>From 04-16-2020 To 04-15-2021 |
|---|---|---|---|

| RATER - NAME, TITLE<br>RIVERA, RAYMOND<br>BRANCH CHIEF | RATER GRADE<br>GS-14 | REVIEWER - NAME, TITLE<br>NICODEMUS, JAMES E.<br>DIVISION DIRECTOR | REVIEWER GRADE<br>FS-01 |
|---|---|---|---|

*I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.*

| Signature of Rater after completion of Sections II, V, and VII<br>/s/ RAYMOND RIVERA | Date<br>04-22-2021 | Signature of Reviewer after completion of Section VIII<br>/s/ JAMES NICODEMUS | Date<br>04-22-2021 |
|---|---|---|---|

## II. CERTIFICATION OF WORK RESPONSIBILITIES AND PERFORMANCE REVIEWS

Work responsibilities were established by rater, reviewer, and employee on *(mm-dd-yyyy)* ___11-23-2020___

Rater and rated employee held performance review sessions on at least two dates as follows: *(mm-dd-yyyy)*

1. ___01-06-2021___   2. ___03-24-2021___

## III. ACKNOWLEDGEMENT OF RECEIPT (Completed by Rated Employee)

*I acknowledge receipt of this report, which has been completed for submission to a review panel.*

| Signature of Rated Employee<br>/s/ MARK LENZI | Date<br>04-22-2021 |
|---|---|

## IV. REVIEW PANEL STATEMENT  (Completed by Review Panel)

A.  **Examples of Performance:**  Have specific examples been provided in all sections?   Yes ☒  No ☐

B.  **Certification:** This report has been prepared according to the regulations and contains no inadmissible material.   Yes ☒  No ☐

C.  **If this report is submitted late or does not conform to regulations and instructions, indicate who is responsible:**

| Signature of Panel Chairperson<br>/s/ MATTHEW O'BRIEN | Name of Panel Chairperson<br>MATTHEW F. O'BRIEN | Date<br>04-22-2021 |
|---|---|---|

## V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES

**Position Description: Size and function of the work unit and its position within the Mission or Bureau, number of employees rated and reviewed, amount and purpose of financial and physical resources for which the employee is accountable.**

Mark is assigned to the Maintenance and Repair Section of the Domestic Management and Engineering Branch (DME) of the Facilities Security Engineering (FSE) Division, Office of Security Technology, Bureau of Diplomatic Security.

**Core Work Responsibilities**

**Model the Department of State's six core values (accountability, character, community, diversity, loyalty, service) and the Department's Leadership and Management Principles; observe and implement EEO principles.**

**Security Responsibilities:  Ensure active risk management through monitoring the security environment concurrent to the scope of official duties and responsibilities; follow security directives, regulations, and policies; safeguard classified information, material, and equipment.**

Mark primarily serves as a Government Technical Monitor (GTM) verifying the contractor's work on repair and maintenance work orders of technical security systems in the Northeast Region of the United States. He uses Maximo, a computerized management and maintenance system, and field checks to verify proper and quality completion of

**Goals/Specific Objectives: List in priority order the outcomes the employee seeks to achieve in support of Mission, Bureau, or Department goals.**

Goals/Specific Objectives:
1. Remain current on all GTM-related training and financial disclosure requirements.
2. Verify contractor completed work orders in Maximo for completeness and quality.
3. Travel to regional technical security offices to perform a program review of operations, inventory, asset tracking, and government vehicle use.
4. Mentor and train newly hired STS personnel assigned to DME.
5. Perform site visits on fielded equipment to ensure proper maintenance and repair by the contractor.
6. Attend domestic technical security project closeouts to ensure the equipment is properly installed and completely functional providing a functional baseline for maintenance and repair operations

When completed on a Foreign Service employee, this is a performance evaluation report that shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

| V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES - CONT. |
|---|

**Special Circumstances:** Unusual, unexpected or unpredictable circumstances that significantly altered operational conditions.

| VI. DESCRIPTION OF ACCOMPLISHMENTS (Completed by Rated Employee) |
|---|

**Describe your individual and collaborative accomplishments that advanced the Department's mission.**

Despite challenging work conditions due to Covid-19, during this rating period I have thrived in my work for DS's Domestic Management and Engineering branch to advance the Department's goals and priorities. As a Security Engineering Officer (SEO) and a Government Technical Monitor (GTM) I have worked hard over the last year to improve my response times in assessing and reviewing contractor completed technical work orders in the Northeast Region of the United States which includes such important and high-profile missions as the U.S. Mission to the United Nations and the National Passport Center. Because I oversee hundreds of thousands of dollars of project labor, equipment, and materials I have remained current on all necessary training and financial disclosure requirements and was recertified as a Contract Officer Representative (CoR).

As part of the Department's new prioritization of employee diversity, I have increased my activity with the Department's Disability Action Group (DAG) and have engaged in successful outreach efforts such as becoming a Boston board member of the Concussion Legacy Foundation (CLF) where I volunteer to further brain injury research efforts as well as assisting with the CLF hotline speaking with members of the public who have been diagnosed with a brain injury and are experiencing distress. In this capacity I have taken a leading role in CLF's "Project Enlist" which is aimed at providing support for current or former members of the U.S. military and Foreign Service who have been diagnosed with brain injury.

I took a leading role for the Department to work with the National Academies of Sciences (NAS) Standing Committee to Advise the Department of State on Unexplained Health Effects on U.S. Government Employees and Their Families at Overseas Embassies. In this capacity I spent dozens of hours working with some of the world's top scientists and medical doctors to provide vital information that led to the publication of a report in December 2020 that received worldwide media attention and advanced the scientific and medical communities' understanding of the injurious effects of high levels of pulsed microwave radiation.

As part of a 23+ year relationship with the Department's Bureau of Intelligence and Research (INR), during this rating period I have continued to work closely with INR personnel using my Polish and Russian language skills to provide insight and analysis on political events in Russia and Belarus.

Over the next year I am looking forward to receiving technical training on a CCure 9000 access control system upgrade which will enable me to lead efforts in the Northeast U.S. region to install this complex security system at Department facilities. I then hope to use this practical knowledge gained in this security system to lead installation upgrades in Department facilities overseas.

| VII. EVALUATION OF PERFORMANCE AND POTENTIAL (Completed by Rater) |
|---|

**A. Appraise the employee's accomplishments in the areas of informational, operational, and relational effectiveness. Cite specific policy and programmatic outcomes and their impact on the Department's mission.**

Diplomatic Security Service Security Engineering Officer (SEO) Mark Lenzi serves Domestic Management and Engineering (DME) out of the National Passport Center in Portsmouth, New Hampshire as a Government Technical Monitor (GTM) to assess and review contractor completed technical work orders in the Northeast Region of the United States for adherence to government technical, regulatory, and compliance standards. As a GTM, Mark reviews 100 percent of completed work orders in the Northeast Region of the U.S.

During this rating period Mark spent dozens of hours studying to be a Contract Officer Representative (CoR) for the U.S. Government and obtained CoR certification. Using the skills from his CoR certification has better enabled Mark to more efficiently review work orders, verify contractor response time, audit the accuracy of work orders, oversee labor hours, parts usage and even customer response. In this capacity, he oversees hundreds of thousands of dollars of project labor, equipment, and materials.

Since arriving in DME, Mark set about learning as much as possible about his new assignment including seeking out other SEOs and DME contractors to listen to their experiences. This approach enabled him to maintain equivalent performance evaluation of the work being performed by the technicians he oversees in the field. His initiative has prepared him to oversee the new Physical Access Control System (PACS) upgrade in the Northeast Region. This upgrade will include the removal and replacement of approximately 500 access control and intrusion detection card readers as well as 200 control panels in his region. This is a massive endeavor that will provide Department

DS-5055

STATE00002893

personnel with a much needed and more secure domestic work environment.

Mark completed hundreds of work order reviews during this rating period such as preventative maintenance and urgent repairs of critical security equipment in Philadelphia, Boston, Vermont, New Hampshire and New York City. His efforts provide critical oversight and management of a number of technical security systems that the Domestic Operations, Uniformed Patrol Division and the Security Control Centers at the US Mission to the United Nations and Harry S. Truman Building utilize in order to provide 24/7 security monitoring. He has developed a good understanding of DME's rather complex security infrastructure, work order exceptions process and working relationships with domestic stakeholders.

Mark is fully aware of his responsibility to protect the Department against waste, fraud, and mismanagement, and to protect classified information that comes under his care and fully promotes the Department's Equal Employment Opportunity (EEO) and diversity principles. To get a fuller picture of how Mark promotes the Department's diversity principles, the following quote is from a DS Special Agent who during this rating period nominated Mark to be Careers and the disABLED 2021 Employee of the Year. " Mark is a very active member of State Department's Disability Action Group (DAG) and especially through DAG activities has enthusiastically worked to promote full and equal participation of people with disabilities Department wide and especially in DS. Mark's advocacy efforts for employees with disabilities resulting from injuries sustained during service in Cuba and China led to Congress passing legislation that led to 3 FAM 3660 and the expansion of benefits and rights for disabled Foreign Service employees. His activism for the rights of disabled State Department employees won praise from not only DoS management but from members of Congress. Mark is a highly respected member of the Foreign Service and brings leadership elements that epitomize the best of DS. His advocacy efforts for the disabled in the Department are an inspiration to everyone."

The fact that Mark was a DS nominee for this prestigious award is an example of why DS values him not only for his security engineering and CoR capabilities but his civic and volunteer engagement.

---

**B. Developmental area: Competency that needs the greatest strengthening to entrust employee with greater responsibilities. Cite example(s) from the current rating period.**
**Specify competency** Leadership

During this rating period, Mark has proactively and effectively taken steps to enhance his technical knowledge of DS security systems and Contract Officer Representative training. This should be continued but augmented with exploring the many Department of State training opportunities in leadership.

---

**C. Rater's Summary Judgment**
**For All Employees: Was performance satisfactory or better?**     Yes  ☒     No  ☐

For Untenured Employees:     ☐  The career candidate is likely to perform effectively across a normal career span

☐  Additional development and observation is needed

☐  The career candidate is unlikely to perform effectively even with additional experience

---

**VIII. REVIEW STATEMENT (Completed by Reviewer)**

**Assess the rated employee's preparedness for positions of greater responsibility, citing examples of performance. Describe the employee's relations with the rater, peers and subordinates.**

Throughout this challenging rating period due to COVID, Mark ensured the Domestic Management and Engineering Branch met Diplomatic Security goals through his flexible approach to challenging policy and engineering issues. He augmented his skills by pro-actively taking training, such as the strenuous Contract Officer Representative training that he immediately applied in practical ways to advance the branch's goals by reviewing contractor completed work orders in Diplomatic Security's global technical security management system. Mark ensured all work by the contractor met stringent goals for completeness and quality, verified contractor response time, audited the accuracy of work orders, as well as reviewed labor hours, parts usage, and customer response times to ensure the contractor met all requirement presented by the US government. The contract officer and senior management's ability to travel continues to be restricted, which impedes their ability to oversee this multimillion-dollar contract. Thanks to Mark's efforts, they have been able to significantly reduce travel frequency while maintaining full oversight over the contractor.

Mark exceled at managing up. He consistently provides Ray and I with pertinent information regarding events concerning the National Passport Center that allows us to seamlessly adapt Diplomatic Security programs to meet the rapidly changing environment during these COVID uncertain times. Ray and Mark share a very honest, productive, and professional relationship. Mark also maintains very positive relationships with a wide variety of high-level leaders within the Department and many other agencies. Mark's strong relationships with his peers was a compelling reason that Ray chose Mark to oversee the massive access control upgrade project this year. I concur with Ray that Mark was an excellent choice and look forward to commenting on Mark's leadership successes overseeing these complex access control upgrades to our Department 's Northeast Region facilities during his next rating period.

---

DS-5055                                                                                                                    Page 3 of 4

Case 1:17-cr-00173-RJL Document 112-64 Filed 02/28/25

| IX. PERFORMANCE PAY (For SFS Only - Completed by Rater) |
|---|

**Assess Performance keyed directly to the Performance Pay Criteria.**

| X. OPTIONAL STATEMENT BY RATED EMPLOYEE |
|---|

**The rated employee may use this section to address activities or problems that the Rater or Reviewer did not adequately cover or aspects of the report that he or she believes should be clarified or corrected. Continuation sheets may be used.**

I would like to thank my Rater and Reviewer for their mentorship and our close working relationships.

**DS-5055**

Page 4 of 4

STATE00002895

# PX-024

## U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

| I. SUBMISSION CONTROL |
|---|

| DATE RECEIVED IN POST/BUREAU *(mm-dd-yyyy)* 05-15-2022 | DATE RECEIVED IN HR/PE *(mm-dd-yyyy)* 05-17-2022 | | |
|---|---|---|---|

| NAME OF EMPLOYEE BEING RATED *(Last, First, MI)* LENZI, MARK R. | | GRADE FS-03 | EMPLOYEE IDENTIFICATION NUMBER 157155 |
|---|---|---|---|

| TYPE OF REPORT Regular | POSITION TITLE SECURITY OFCR - ENGINEERING | POST OR ORGANIZATION DS/FSE/FSB | PERIOD COVERED *(mm-dd-yyyy)* From 10-29-2021 To 04-15-2022 |
|---|---|---|---|

| RATER - NAME, TITLE CUELLAR, MATTHEW L. SECURITY ENGINEERING OFFICER | RATER GRADE FS-02 | REVIEWER - NAME, TITLE GARCIA, DAMARIS BRANCH CHIEF | REVIEWER GRADE FS-02 |
|---|---|---|---|

*I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.*

| Signature of Rater after completion of Sections II, V, and VII /s/ MATTHEW CUELLAR | Date 05-15-2022 | Signature of Reviewer after completion of Section VIII /s/ DAMARIS GARCIA | Date 05-15-2022 |
|---|---|---|---|

| II. CERTIFICATION OF WORK RESPONSIBILITIES AND PERFORMANCE REVIEWS |
|---|

Work responsibilities were established by rater, reviewer, and employee on *(mm-dd-yyyy)*    02-08-2022

Rater and rated employee held performance review sessions on at least two dates as follows:    *(mm-dd-yyyy)*

1.    01-03-2022        2.    02-08-2022

| III. ACKNOWLEDGEMENT OF RECEIPT (Completed by Rated Employee) |
|---|

*I acknowledge receipt of this report, which has been completed for submission to a review panel.*

| Signature of Rated Employee /s/ MARK LENZI | Date 05-15-2022 |
|---|---|

| IV. REVIEW PANEL STATEMENT (Completed by Review Panel) |
|---|

**A.  Examples of Performance:**  Have specific examples been provided in all sections?    Yes ☒    No ☐

**B.  Certification:**  This report has been prepared according to the regulations and contains no inadmissible material.    Yes ☒    No ☐

**C.  If this report is submitted late or does not conform to regulations and instructions, indicate who is responsible:**

| Signature of Panel Chairperson /s/ MARK WOODS-HAWKINS | Name of Panel Chairperson MARK E. WOODS-HAWKINS | Date 05-17-2022 |
|---|---|---|

| V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES |
|---|

**Position Description: Size and function of the work unit and its position within the Mission or Bureau, number of employees rated and reviewed, amount and purpose of financial and physical resources for which the employee is accountable.**
Section Chief of Field Maintenance Section within the Office of Security Technology's Field Support Branch and manages two third party contractor positions and one Direct Hire position.

**Core Work Responsibilities**
**Model the Department of State's six core values (accountability, character, community, diversity, loyalty, service) and the Department's Leadership and Management Principles; observe and implement EEO principles.**
**Security Responsibilities:  Ensure active risk management through monitoring the security environment concurrent to the scope of official duties and responsibilities; follow security directives, regulations, and policies; safeguard classified information, material, and equipment.**

The incumbent supervises the X-RAY and Explosives Detection Program (EDP) field support offices and is responsible for the equipment lifecycle programs of both offices in support of worldwide technical security operations.

**Goals/Specific Objectives: List in priority order the outcomes the employee seeks to achieve in support of Mission, Bureau, or Department goals.**
1) Oversee and manage the EDP and X-ray Program to ensure timely Life-cycle replacement of critical equipment with the setting of specific and achievable schedules.

2) Assist the department with the coordinating the field deployment of the Voti X-ray machines.

3) Determine how to streamline the life-cycle programs by utilizing already contracted resources that support the department.

When completed on a Foreign Service employee, this is a performance evaluation report that shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.    **Page 1 of 4**

STATE00002896
STATE00002896

## V. POSITION DESCRIPTION, RESPONSIBILITIES, SPECIAL CIRCUMSTANCES - CONT.

**Special Circumstances: Unusual, unexpected or unpredictable circumstances that significantly altered operational conditions.**

## VI. DESCRIPTION OF ACCOMPLISHMENTS (Completed by Rated Employee)

**Describe your individual and collaborative accomplishments that advanced the Department's mission.**

I am proud of my role in transforming the DS X-Ray program from a backwater program that Security Engineering Officers (SEOs) once shunned into a respected operation that Diplomatic Security (DS) management has repeatedly praised and used as an example for other programs and initiatives.

Crucial to this transformation has been my role in taking ownership of the DS X-Ray program as a Subject Matter Expert (SME) for DS X-Ray worldwide operation and responding in a timely and efficient manner to daily technical questions and troubleshooting requests from embassies and consulates all over the world.

I led the first successful deployment of DS Voti brand X-Rays to Department facilities around the world (starting with U.S. Consulates Tijuana, Mexico and Recife, Brazil) which required immense coordination to collaborate successfully with DS's Technical Development Branch (TDB) and Voti management, engineers, and logisticians. I initiated DS planning efforts to prioritize which U.S. missions would receive the first Voti X-Rays by reviewing a multitude of criteria including security threats, political factors affecting logistics, and input from U.S. embassies' and consulates' security staff.

Using my interpersonal skill and technical acumen, I coordinated with TDB and the DS Training Directorate (DS/T) to draft a crucial memo detailing requirements for a comprehensive training curriculum for DS SEOs and technicians on the Voti X-Rays.

Numerous times I was called on by DS management to provide vital lifecycle data and strategic forecasting for the X-Ray program as well as the Explosives Detection Program (EDP).

Beyond my engineering and management skills I am proud to bring profound advocacy and organization skills to the Department's Disability Action Group (DAG) which I have focused efforts for Department of State employees and their family members with disabilities resulting from diagnosed brain injuries sustained during service in Cuba and China. For almost twenty years the Bureau of Intelligence and Research (INR) has sought out my political analysis of leaders and events in the former Soviet Union and I continue to provide Polish, Ukrainian, and Russian language translations of key foreign language reporting. In February 2022 because of my Ukrainian language skills I provided simultaneous translation to/from Ukrainian for a large peace rally held in Portsmouth, New Hampshire after the start of Russia's renewed illegal invasion of Ukraine.

## VII. EVALUATION OF PERFORMANCE AND POTENTIAL (Completed by Rater)

**A. Appraise the employee's accomplishments in the areas of informational, operational, and relational effectiveness. Cite specific policy and programmatic outcomes and their impact on the Department's mission.**

As with most departments, the pandemic severely limited the X-Ray program's forward movement and severely altered its normal operating procedures. With multiple vacancies in the department, Mark's arrival was just what the department needed to get back on track. Mark utilized his field experience to quickly identify and address the most serious faults in the vacant X-ray department. As the FS supervisor overseeing both the X-ray and Explosive Detection Program (EDP), Mark could have easily been overwhelmed. With the X-ray program manager vacant, and an experienced lead in the EDP program, Mark dedicated most of his time to the X-ray program.

The X-ray program is responsible for purchasing, delivering, and overseeing the maintenance (field support) of all X-ray machines used to clear visitors entering an embassy compound. This outer layer of defense is an important part of the security plan and must be operational at all times. As machines age, the department must proactively replace the machines though a budgeted life-cycle program. Mark arrived just as a new manufacturer was getting their machines approved for DOS use. Mark's systematic approach to the life-cycle program demonstrated his operational effectiveness. Mark coordinated with internal Security Technology (ST) programs to aid in finalizing the approval of the new machine and concurrently worked with the manufacturing company representative to work out the details of procuring and delivering units to the field. A microchip supply chain shortage severely limited the number of X-ray machines that he could order from our current manufacturer. This supply shortage heightened the need to work quickly so that the new alternate manufacturer's units could be ordered as soon as possible. Mark simultaneously worked the problem from multiple angles. He drafted differently weighted criteria so that he could differentiate

STATE00002897
STATE00002896

between posts worldwide and determine the best location to receive the first installation. Knowing that these machines would be entirely new to the field, Mark coordinated with the Technical Development Branch to draft a formal request to the training department for the creation of a new course. Knowing that the new course will take over a year to develop, Mark worked with the manufacturer to ensure that some initial training would be given by the installation team. Once Mark determined the best location, he worked closely with Post personnel to get their buy-in. Mark maintained open communication with Post and the installation the initial seven units occurred seamlessly. Mark has continued his forward movement and placed additional orders utilizing lessons learned.

In addition to the life-cycle program, the department is also responsible to answer technical questions from the field in a timely manner. Mark's informational effectiveness was evident as he quickly responded to the needs of the field in his new role in the X-ray program serving as the Subject Matter Expert (SME). The questions, and problems from the field are diverse, challenging and never ceasing. Mark assists in answering repair questions, warranty issues and frequently assists with shipping and customs challenges. Having firsthand experiences in numerous countries and understanding how a Post General Service Office (GSO) functions, Mark is able to assist when and where needed.

Mark's relational effectiveness was valuable as he built a helpful list of personal resources to enable him to reestablish the X-Ray program. The X-ray program needed and received a competent and friendly lead who could build the reputation of the department, making it a reliable source for assistance and knowledge. Mark has worked closely with the different manufacturing company representatives, suppliers, and other DOS offices. If Mark doesn't have the answer immediately, he is able to call upon one of his resources who are eager to assist due to the partnership and personal relationship that he has developed. Mark has risen and overcome each challenge and has proven himself ready to be given greater responsibilities.

---

**B. Developmental area: Competency that needs the greatest strengthening to entrust employee with greater responsibilities. Cite example(s) from the current rating period.**
**Specify competency** <u>Managerial Skills</u>

As Mark's program gains additional personnel, he will need to focus his abilities to enhancing the programs and enabling his team. To this endeavor, Mark should become more familiar utilizing the Work Order tracking system and the available analytical and report generating programs such as Power BI.

---

**C. Rater's Summary Judgment**
**For All Employees: Was performance satisfactory or better?**      Yes  ☒    No  ☐
**For Untenured Employees:** ☐ The career candidate is likely to perform effectively across a normal career span

☐ Additional development and observation is needed

☐ The career candidate is unlikely to perform effectively even with additional experience

---

**VIII. REVIEW STATEMENT (Completed by Reviewer)**

**Assess the rated employee's preparedness for positions of greater responsibility, citing examples of performance. Describe the employee's relations with the rater, peers and subordinates.**

Mark's leadership and initiative turned around the Diplomatic Security (DS) X-Ray program and helped the Field Support Branch (FSB) advance the Department's agenda worldwide. Through his flexible approach to challenging policy and engineering issues, Mark earned respect among the Security Engineering Officers (SEOs) and Security Technical Specialists (STSs) in the field worldwide by his timeliness and thoroughness in responses to technical and troubleshooting inquiries about X-Rays in the field. Mark's strategic thinking sets him apart in his ability to plan and implement long term X-Ray lifecycle planning based on synthesizing projected technical, political and security requirements of individual overseas U.S. missions.

Mark sets himself apart from other SEOs with his ability to leverage relationships with Department leadership to advance strategic diplomatic priorities. An example of this is when in March 2022, Mark and Secretary Blinken discussed the issue of potential foreign adversary culpability in numerous Anomalous Health Incidents (AHIs) that have injured U.S. Government personnel. Mark's efforts to advocate for officers injured in AHIs has been praised by U.S. Senators and the Deputy Secretary of State when he met with Mark at the National Passport Center.

DS leadership appreciates the excellent collaborative working relationship Mark has with his Rater, Matthew Cuellar, and Mark's impressive efforts to rebuild the DS X-Ray program. An example of this is when DS/ST/FSE Division Director Jim Nicodemus told Mark, "I appreciate your work for FSB recently. Your efforts have been very helpful for Damaris and the FSB team, especially with FSB continuing to be short staffed." I could not agree more with Division Director Nicodemus and applaud Mark's outstanding effort and work product for the Department.

DS-5055                                                                                                        Page 3 of 4

STATE00002898
STATE00002896

**IX. PERFORMANCE PAY (For SFS Only - Completed by Rater)**

Assess Performance keyed directly to the Performance Pay Criteria.

**X. OPTIONAL STATEMENT BY RATED EMPLOYEE**

The rated employee may use this section to address activities or problems that the Rater or Reviewer did not adequately cover or aspects of the report that he or she believes should be clarified or corrected. Continuation sheets may be used.

STATE00002899
STATE00002896

# PX-025

# STANDARD OPERATING PROCEDURE

A-05
Revised:  6/05
Approved: 6/05

## REQUIREMENT FOR DUTY IN THE UNITED STATES

Section 504(b) of the Foreign Service Act of 1980 states:  "Consistent with the needs of the Service, the Secretary shall seek to assign each career member of the Service who is a citizen of the United States to duty within the United States at least once during each period of fifteen years that the member is in the Service."

In recent decades the assignment panels, falling back on the non-imperative tone of Section 504b cited above, have not enforced the requirement for duty in the U.S.  Given ongoing staffing shortfalls throughout the Foreign Service and the desirability to take vacancies in Washington, D.C. rather than overseas, the "consistent with the needs of the Service" language of 504(b) has been interpreted to permit the assignment of officers overseas for continuous periods in excess of 15 years.  Nevertheless, periodic service in the Department in Washington, D.C. is clearly advantageous for career development.  As such, Career Development Officers should counsel clients bidding on overseas assignments, and not in compliance with the 15 year domestic service requirement, that continued lack of domestic service could have a detrimental effect on the employee's career.

SOP A-05

A-05.1

F:\Office Shares\HR CDA\CDA SOPs\A-05 Required Duty in the U.S.,
06-05.doc

Revised:  06/05
Previous Version: 07/00


Drafted:  HR/CDA HKlemm
Approved:  HR/CDA HKlemm

STATE00007669

# PX-026

# (Withheld from Public Docket)

# PX-027

D-2022-00015  B-00002427748  "UNCLASSIFIED"  11/17/2022

| | |
|---|---|
| **From:** | Lenzi, Mark R |
| **Sent:** | Fri, 25 May 2018 05:36:18 -0400 |
| **To:** | Bennett, Charles E |
| **Cc:** | Sheets, Jason W (Guangzhou);Lim, Eun J;Munchmeyer, Katherine A (Beijing) |
| **Subject:** | FW: Message history of EFM complaining about unusual noises in room adjacent to T7-503 |
| **Attachments:** | Fw Out sick this morning email pdf low to classnet.pdf |

**Released in Part**

**DeControlled**

Hi Chuck:

Because I have not received anything back from Post to my questions of May 23, I wanted to make you aware of the below and ask you a few questions since you said at the Town Hall that you would be around and available for more questions.

1) On April 12 I first became aware (see attached) that my boss's boss from ESC Beijing was coming down to Guangzhou. Because I was acting OIC for RSO/ESO I was naturally curious why. RSO Guangzhou did not respond to the attached email so in a conversation later I asked her directly why he was coming. I received an evasive, non-answer from her that ended in effect by her saying "but don't worry it isn't of concern to you." Because my family's apartment is the closest residence to T7-503 of any consulate employee - mere feet away (in fact from certain rooms of ours you could sometimes hear conversations in their kitchen/laundry room area – we are that close), it actually *was* of concern to me and I should have been asked at this time (nevermind my family and I should have been asked questions when the officer was medevac'd) if I or my family had any similar symptoms to the medevac'd officer or at least a cursory inspection of my apartment should have taken place. Why was the decision made by Post to not only *not* ask me or my family questions given our extremely close proximity to the officer's apartment but to actually evade answering my questions? I hope you can see that your stated desire "to be as transparent as possible and not repeat the mistakes of Havana" rings hollow for me.

2) I get along great with this medevac'd officer as we were neighbors and have mutual friends in FCS. I like her husband and her mother as well. You knew and know that both her husband and her mother resided with the officer for significant amounts of time. At the Town Hall when you were asked if the officer had any other family members at post you said "the officer did not have any other family members at post". Then for a split second you made this face like an honest person makes when they realize they just told a lie. Like a quick grimace. I noticed it because I have worked with you and have always found you extremely honest and straight up. It was a look I have never seen you make. Most, like my wife, did not seem notice. But when I have asked other American Foreign Service personnel present who work with you closely about the face you made after this statement, they said they noticed this as well. My question is why did you make this false statement when you knew it was not true and misleading? My wife (who does not know where the officer's apartment is exactly – and certainly doesn't know just how close our bed is to the officer's apartment) has asked me if I know where the apartment is and I have said yes but that that I cannot tell her. This is really painful for me to do since it is so close to ours. More than this, my wife has taken solace in your statement that no family members were at post and it is gut wrenching for me that I know this is simply not true (and that you know this is not true) and that I cannot tell my own wife the truth and correct your false and misleading statement that she has taken comfort in.

D-2022-00015     B-00002427748     "UNCLASSIFIED"     11/17/2022

I have been extremely dismayed not to have received answers from Post to the below questions. I sincerely hope that you will be different and answer/reply in writing to my above questions as it concerns the health and safety of my family - and the truth. I have lost confidence in the RSO Guangzhou leadership I work for here as well as Post writ large and this combined with the above pains me greatly – at least as much as the sleeplessness and headaches I have experienced during the last six months.

Best regards,
Mark

This email is UNCLASSIFIED.

**From:** Lenzi, Mark R
**Sent:** Wednesday, May 23, 2018 11:55 AM
**To:** Lim, Eun J; Sheets, Jason W (Guangzhou)
**Cc:** Theriot, Rahim (Beijing); Wroblewski, K Andrew (Beijing); Nakagawa, Koudai; Johnston, David W
**Subject:** Message history of EFM complaining about unusual noises in room adjacent to T7-503

Hi Judy and Jason:

I asked my wife yesterday if she had heard any weird noises in our apartment and she reminded me of a weird sound we have both heard at various times in our bedroom during our tour. As you know we are in T7-601 and our bedroom (where the noise was mostly heard) floor corner is only about 3 feet from the ceiling of a room in T7-503 -- making our apartments directly adjacent. Kristina could not sleep because of this noise one night and was so weirded out by it that she texted (below screenshot from April 2017) our upstairs (Japanese) neighbor about it and the neighbor denied they were the source and we believe(d) that because we remember hearing this marble dropping sound a few times and it did not sound like a sound a neighbor would make and the position of where the sound was was weird as well -- over a beam in our bedroom. It was definitely an unusual sound that I have heard once or twice in our bedroom during our tour here - it was like a marble dropping on a floor and then like a longer drawn out static-like sound afterward.

To build upon some of the questions in our RSO meeting yesterday with Jeff and Dave on this matter, I have a few questions based on the above that I do not want to bring up at a Town Hall but are of significant concern to me:

1) When Post was assessing and deciding if the officer in T7-503 should be Medevac'd, why wasn't I (since I have an apartment that is directly adjacent to T7-503) asked by Post if we had heard weird sounds in our apartment or, more importantly, asked if Kristina (especially since she is home most of the day), I or our kids had any similar health symptoms of the medevac'd officer? Why did Post decide to not ask us or check on our health or potential symptoms?

2) Post decided to have a Security Engineer from Beijing conduct a Technical Surveillance Countermeasures Survey (TSCM) in April of this year in T7-503, a decision I was not involved with or aware of (even though I have conducted the most TSCMs of any SEO for DS over the past 5 years). When I inquired to Post why the head of ESC Beijing (my boss's boss) was coming down I was given a non answer on the phone). I take Post at its word that it wants to be as transparent as possible but in my situation in this case when I asked a direct question, Post was not transparent. In fact, during this phone call it would have been a logical time to say "actually, Mark, it involves something we wanted to talk to

STATE00022681

D-2022-00015     B-00002427748     "UNCLASSIFIED"     11/17/2022

(b)(1); (b)(7)(E)

you about" and then someone from Post management would bring me into a box and ask me questions based on my apartment's location. So my second question is why wasn't I asked by Post before, during or after this TSCM if I/my family had heard any noises or inquired to our family's health (asking specific health questions concerning potential symptoms) since we have an adjacent apartment? Setting aside the health implications, just from an investigative perspective why wasn't this done?

Of course at the time of the medevac Post did not know that the med test results would come back like they did but Post *did* regard the situation as serious enough to a) medevac the officer and b) _____ (b)(1);    (b)(7)(E)

(b)(1); (b)(7)(E)

If the situation was deemed so serious by Post as to initiate both actions then I do not understand and would like an answer on why I was not asked about noises or potential health issues my family may be exhibiting since we have an apartment that is directly adjacent to T7-503.

Thank you and best regards,
Mark

STATE00022682

D-2022-00015     B-00002427748          "UNCLASSIFIED"          11/17/2022



STATE00022683

D-2022-00015    B-00002427748    "UNCLASSIFIED"    11/17/2022



It was in the last room of the long corridor. It sounded like marbles being dropped on the floor. Sorry, that room is like that 😋

We go to bed early

Oh, really? Was it master bedroom? Nobody was in master bed room around that time though..

It could be shower room. Luca took the shower in master bedroom last night. I will talk to him!

STATE00022684

D-2022-00015     B-00002427748          "UNCLASSIFIED"          11/17/2022



STATE00022685

D-2022-00015     B-00002427748        "UNCLASSIFIED"        11/17/2022

**Official - Privacy/PII**

~~SECRET~~

Classified By: ML - SEO, Office:RSO/ESO, Agency:U.S. Department of State
Declassify On: 5/23/2043
Reasons: Derived Per DSCG.

STATE00022686

D-2022-00015     B-00002427748     "UNCLASSIFIED"     11/17/2022

| | |
|---|---|
| **From:** | Lenzi, Mark R (Guangzhou) |
| **Sent:** | Fri, 25 May 2018 02:37:48 -0400 |
| **To:** | svcSMARTCrossL |
| **Subject:** | FW: Out sick this morning |

**From:** Lenzi, Mark R (Guangzhou)
**Sent:** Thursday, April 12, 2018 10:43 AM
**To:** Lim, Eun J (Judy) (Guangzhou) <LimEJ@state.gov>
**Subject:** Fw: Out sick this morning

Hi Judy:
Is Andrew coming down next week or do you know why Rahim may be coming down?
Thanks!
Mark

Sent from my BlackBerry 10 smartphone.

**From:** Theriot, Rahim (Beijing) <TheriotR2@state.gov>
**Sent:** Thursday, April 12, 2018 10:12 AM
**To:** Lenzi, Mark R (Guangzhou); Hewkin, Jason L (Beijing)
**Cc:** Hayes, Brian C (Guangzhou); Villeda, Karen A (Guangzhou)
**Subject:** RE: Out sick this morning

Mark,

No worries.

I'm working on a last minute trip down next week for a few days. We can
talk then.

Rahim Theriot | Security Engineer
ESC Beijing | Mission China
m: 186 1286 1485
d: 10-8531-4886

**Official**
**UNCLASSIFIED**

**From:** Lenzi, Mark R (Guangzhou)
**Sent:** Thursday, April 12, 2018 10:11 AM
**To:** Theriot, Rahim (Beijing) <TheriotR2@state.gov>; Hewkin, Jason L (Beijing) <HewkinJL@state.gov>
**Subject:** Out sick this morning

STATE00022687

D-2022-00015     B-00002427748     "UNCLASSIFIED"     11/17/2022

Hi Rahim:

I'm out sick this morning - some virus or something trying to give me a sore throat. I will be in this afternoon so we could do the Thursday SVDC then or tomorrow or next week.

Best regards,

Mark

Sent from my BlackBerry 10 smartphone.

# PX-028

# (Withheld from Public Docket)

# PX-029

# (Withheld from Public Docket)

# PX-030

# (Withheld from Public Docket)

# PX-031

March 15, 2012

<u>MEMORANDUM</u>
SENSITIVE BUT UNCLASSIFIED

TO:                  DS/CMP/ECB Branch Chief – Mr. Rahim Theriot

FROM:            U.S. Embassy Kabul, Afghanistan – Ralph A. Gaspard II: FS-02
                       Security Engineering Officer, ESO Kabul

SUBJECT:       Memorandum of Performance for TDY Security Engineering
                       Officer Mark R. Lenzi (FS-06; SSN: ▮▮▮▮▮▮▮)

PERIOD COVERED:  January 15, 2012 to March 15, 2012

Mark Lenzi served in Afghanistan during a period when the country is at war, is listed as
critical threat for transnational and indigenous terrorism, and has a 35% differential and
35% danger pay. Mark assisted the Engineering Services Office (ESO) in Kabul when the
office was understaffed and had increasing tasks at numerous government facilities under
Chief of Mission in Afghanistan. Mark's performance during this Temporary Duty
(TDY) assignment to Embassy Kabul was outstanding.

After the September 13 insurgent attack, the Ambassador insisted that all vacant
buildings within range of the Embassy be garrisoned.  With the tight budget constraints, it
was impossible to purchase or lease each of the surrounding buildings.  The ESO team
identified that the most expedient and cost efficient method was to install a Forward
Looking Infrared (FLIR) camera system.  Once approved, the entire ESO staff, including
TDY Security Engineering Officer (SEO) Lenzi, immediately began working together on
possible locations and infrastructure requirements for one of these cameras.  Through
dedicated research and planning, they expeditiously gathered resources and identified the
ideal installation location on grounds of the Embassy.  After obtaining approval from the
front office to install at this location, Mark and the ESO team immediately ran the
infrastructure and fabricated a base and pole for the FLIR camera. The dynamic ESO
team completed the installation on the State Diplomatic Apartment roof, made all of the
connections within the electrical room in the Chancery Building, and installed the
computer, controller, and monitor in the Regional Security Office's Tactical Operations
Center (TOC) for them to monitor the perimeter – a major accomplishment in the face of
recurring inclement weather. This was the first FLIR camera installed in Afghanistan and
the second location aside from Iraq where a FLIR was installed. Mark played an integral
role in the completion of this installation. Because of this installation the Embassy has
improved views of the perimeter and a better security posture.

In anticipation of the opening of the first Consulate in Afghanistan, ESO Kabul was
tasked with completing the DS Quality Assurance and Liaison (QAL) Branch's
inspection of Consulate Herat. While it is uncommon for a junior SEO to be a quality
assurance inspector, Mark proved during his TDY that he was adaptable and willing to

LENZI0007638

learn. He was given two weeks notice before the inspection, and in that time Mark thoroughly researched DS approved Technical Security Systems (TSS) so that he was ready to provide valuable insight for the inspection. The QAL inspection team, consisted of Mark and a TDY STS, conducted the inspection of TSS installed at the Consulate in Herat and identified problems with the emergency notification system, tear gas system, walk through metal detectors, forced entry ballistic doors, and other life safety security systems. They accomplished this by utilizing a detailed checklist covering almost every Technical Security System currently approved by DOS. After Mark and the STS identified all of the deficiencies they began working on resolving the issues to have the Consulate ready for occupancy. Between the inspection visit and a follow-up visit, Mark assisted in correcting 90% of the deficiencies identified in the QAL report and provided much needed support to the Consulate.

In addition to the QAL report for Consulate Herat, Mark also was a part of a team to do a similar TSS inspection for Consulate Mazar-e-Sharif. They conducted the report as thoroughly as they did for Consulate Herat. The only difference was that since it has not been determined that the Consulate Mazar will open, the deficiencies were not corrected by ESO Kabul until it is confirmed that the facility will be occupied.

These are but a few of the examples of Mark's accomplishments during his TDY to Afghanistan that displayed his adaptability in a critical terrorism environment. Mark was one of a few junior SEOs that volunteered for the TDY to Afghanistan and excelled in this very demanding environment. The Embassy was very appreciative of the support he provided to ESO Kabul during a critical time with staffing shortages.

LENZI0007639

# PX-032

**UNCLASSIFIED (U)**

# 3 FAH-1 H-2420

# FOREIGN SERVICE (FS) CAREER DEVELOPMENT, ASSIGNMENT, AND TRANSFER

*(CT:POH-259;   08-25-2022)*
*(Office of Origin:  GTM/CDA)*

## 3 FAH-1 H-2421  SUBCHAPTER DEFINITIONS

*(CT:POH-237;   08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

**Assignment:**  A tour of duty to a Foreign Service (FS) position that exceeds six months.  An assignment overseas will only be considered as completed for the purposes of this subchapter if it satisfies such minimum period of continuous service overseas specified in this subchapter.

**Department:**  The Department of State.

**Detail:**  The temporary loan of an employee's services to an international organization during which time the employee retains status as a Department employee.

**Detail assignment:**  An assignment to a position outside the Department during which the employee retains status as a Department employee.

**Directed assignment:**  An assignment made by the Director General (DG) under authority delegated from the Under Secretary for Management;

**Director General (DG):**  The DG of the Foreign Service and Director of Global Talent (DGTM) or the GTM deputy assistant secretary (DAS) to whom he or she has delegated decision-making authority.

**GTM/CDA:**  The Office of Career Development and Assignments in the Bureau of Global Talent Management.

**Standard operating procedure (SOP):**  Auxiliary and supplementary material that further details procedures and processes that apply to the FS assignment process.  Such material does not constitute "policies and regulations" as defined in 3 FAM 1112.1.

**Tandem:**  A couple of which one spouse is a career or career candidate employee of the FS or Senior FS and the other spouse is an employee of one of the agencies (Department of State, Department of Agriculture, Department

STATE00006948

of Commerce, U.S. Agency for Global Media, and U.S. Agency for International Development) authorized to use the Foreign Service Personnel System (22 U.S.C. 3922).

**Transfer:**  A secondment to an international organization during which the employee is separated from the Service and is not a Department employee for the duration of the secondment.

# 3 FAH-1 H-2422  AUTHORITY

*(CT:POH-237;   08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The procedures outlined in this section are based on provisions of law cited in 3 FAM 2421 and the delegations of authority referenced in 3 FAM 2422.  The DG has delegated responsibility for the management and administration of the Career Development Program (CDP) to the directors of the Office of Career Development and Assignments (GTM/CDA) and the Office of Performance Evaluation (GTM/PE) jointly, and for the open assignments system to the Director of GTM/CDA.  GTM/CDA's assignment panels (3 FAH-1 H-2425.3) exercise their functions on behalf of the DG who retains the right to amend or reject the panels' decisions.

b. The DG may also, at any time, direct the assignment of an employee on the basis of Service need, whether or not the employee has bid on the position.

# 3 FAH-1 H-2423  PRINCIPLES

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The Department's Professional Development Program (PDP) and Career Development Program (CDP) for the FS derives from statutory authority in 22 U.S.C. 4023, and from regulations that are included in 3 FAM 2420.

b. The assignment of members of the FS is based on provisions of law contained in 3 FAM 2421 and the provisions in 3 FAM 2420.

c. An assignment, for the purposes of this subchapter, will be to any FS position for six months or longer.  For assignments to overseas positions, employees must fulfill the following minimum continuous service requirements in order for the assignment to be considered as a completed one for the purposes of this subchapter:  10 months at a post with a one-year standard tour of duty (TOD), 20 months at a post with a two-year standard TOD, and 30 months at post with a three-year standard TOD.  For standard TODs of other durations overseas, the minimum continuous service requirement will be at least 83% of the period of assignment.

STATE00006949

d. In considering assignments, the DG's paramount consideration is the needs of the Service. 3 FAM 2424.2 outlines other concerns that are taken into account during the assignment process.

# 3 FAH-1 H-2423.1  Worldwide Availability

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. 22 U.S.C. 3901(a)(4) is the legal basis for this section; these provisions are amplified in 3 FAM 2424.

b. Employees may be assigned to any position, on a worldwide basis, as determined to be necessary in the best interests of U.S. foreign policy and the efficient functioning of the Service.

c. The decision of an assignment panel (3 FAH-1 H-2425.3-1), or of the DG on review or appeal (3 FAH-1 H-2425.3-2) is binding.  Employees who refuse to accept such a decision are subject to disciplinary action, including separation from the Service per 3 FAM 4300.

# 3 FAH-1 H-2423.2  Continuous Service in the United States (SOP A-4)

*(CT:POH-237;   08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

Members of the Foreign Service may not serve more than eight consecutive years in domestic assignments, unless an extension is approved by the Director General because of special circumstances ("8 Year Rule"). The authority to approve such extensions of the eight-year limit on Continuous Domestic Service (CDS) has been delegated to the Director General by the Under Secretary for Management in Delegation of Authority 372 of April 4, 2014.  The following flexibilities apply:

a. INCOMPLETE TOURS ABROAD: An incomplete tour overseas will not count toward either domestic or overseas duty. However, an "incomplete TOD" abroad will not reset an employee's continuous domestic service calculation to zero.

b. LEAVE WITHOUT PAY: Periods of GTM-approved LWOP, including LWOP taken to accompany a tandem spouse to an overseas assignment, will not be counted in the calculation of time passed since the last return from an overseas assignment.

c. FAMILY CONSIDERATIONS CRITERION: Family considerations, such as family health, eldercare, dependent educational necessities, or a spouse's professional requirements, may be taken into account when considering extensions of continuous domestic service beyond eight years.

STATE00006950

d. EXTENSIONS IN TWO-YEAR INCREMENTS: Approval of CDS extensions that would result in continuous domestic assignment exceeding eight years will generally be granted for one year only. In cases where there is compelling justification, the Director General may approve CDS extensions in two-year increments (instead of one-year increments) if doing so if deemed in the best interest of the service. (Example: An employee with a class 5 MED clearance may receive a two-year CDS extension to fill a standard domestic assignment.)

e. TOUR EXTENSIONS FROM WINTER TO SUMMER CYCLE: Extensions of current tours of duty, including extensions from the Winter bid cycle into the Summer bid cycle, that would lead to continuous domestic service beyond the eight-year limit may not be paneled without approval by the DG. Adjustments to transfer timing within the same transfer season that are based on needs of the Service are allowed.

f. TRAINING LINKED TO AN ASSIGNMENT ABROAD: An employee who has reached the limit on continuous domestic assignments may remain in the United States to take long-term training in conjunction with a specific overseas assignment (e.g., language training) and will not need DG approval. This time will count as domestic service time for future CDS calculations if the employee is unable to complete the tour of duty to the associated overseas posting.

g. SHORTENED/LENGTHENED TOURS OF DUTY: When the Department shortens the standard tour of duty (TOD) for a post during an employee's assignment to the post, the amount of time required for an employee's tour to be considered as completed will be based on the shorter tour. However, if the Department lengthens a standard TOD during an employee's assignment to a post, the amount of time required for an employee's tour to be considered as completed will be based on the standard TOD at time of paneling. For example, if the Department changes the standard TOD at a post from two years to three years, employees at the post who were originally paneled when the standard TOD was two years must complete 20 months of the two-year TOD to "reset" their eight-year clock.

# 3 FAH-1 H-2424  FOREIGN SERVICE (FS) CAREER DEVELOPMENT PROGRAM

*(CT:POH-208;   07-06-2018)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The Career Development Program (CDP) and subsequent Professional Development Program (PDP) are designed to prepare employees for senior levels in their specific career track.  CDPs and PDPs serve as guides for employees on development and acquisition of professional, leadership, language and technical skills, the range of assignments and experiences, and fulfillment of Service needs that enhance prospects for promotion.

STATE00006951

b. The program is based on four principles. An employee's career should reflect observance of these principles over time:

(1) Operational effectiveness, including a breadth of experience in several regions and functions;

(2) Leadership and management effectiveness;

(3) Sustained professional language and/or technical proficiency; and

(4) Responsiveness to Service needs.

c. The guidance in the CDPs and PDPs is related to eligibility and standards for promotion, as described in 3 FAH-1 H-2320.

# 3 FAH-1 H-2425  THE OPEN ASSIGNMENTS SYSTEM

## 3 FAH-1 H-2425.1  Purpose

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The open assignments system is designed to obtain the most effective match of employees to available FS positions in a transparent and equitable manner, while maximizing employee and bureau choice.

b. The system is primarily intended to fulfill Service need, including assuring that all available positions are filled and all employees are assigned to a position, while taking into account other statutory and regulatory requirements, including mandatory career development and training.

## 3 FAH-1 H-2425.2  The Role of the Office of Career Development and Assignments (GTM/CDA)

### 3 FAH-1 H-2425.2-1  Structure and Organization of GTM/CDA (SOP A-1)

*(CT:POH-237;   08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The director and deputy director of GTM/CDA are responsible for the overall management of career development and assignments, ensuring the efficient operation of the office and administering the open assignments system.

b. The director and deputy director ensure that information, guidance and instruction on career development and assignments are made available to Foreign Service employees.

STATE00006952

c. The employees in GTM/CDA are divided into three basic groups. While each group has specific responsibilities, all balance these with a parallel responsibility to the Department and its policies.

d. The first group concentrates on career development and assignment issues and assists individual employees in the assignment process. Members of this group also provide guidance to employees regarding the elements of the CDP. The second group represents the interests of the Department's bureaus. The third group handles administrative issues associated with career development and assignments.

## 3 FAH-1 H-2425.2-2  Operation of GTM/CDA

*(CT:POH-259;   08-25-2022)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. GTM/CDA operates and maintains an electronic system for submitting and recording *employee* assignment preferences (bids). Employees use the electronic system to participate in open assignments. In extraordinary circumstances, GTM/CDA may authorize submission of bids in an alternate written form.

b. GTM/CDA maintains, and makes available to all employees, standard operating procedures (SOPs) that describe the open assignments process. SOPs are updated when necessary, in response to Service need or in the interest of greater efficiency, clarity, or equity. Any material changes that affect the operation of the Open Assignments System will be reflected in the series of annual messages (see 3 FAH-1 H-2425.4) available to all employees prior to and during each assignment cycle.

c. GTM/CDA provides formal notification of assignment decisions to employees, offices and posts. GTM/CDA also reviews and clears employee requests for transfer travel authorizations.

## 3 FAH-1 H-2425.3  Assignment Panels and Assignment Panel Appeals (SOP A-2)

### 3 FAH-1 H-2425.3-1  Assignment Panels

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. Assignment panels, subject to review by and appeals to the DG (3 FAH-1 H-2425.3-2), review and approve assignments of employees to FS positions.

b. There are specific selection processes for the following types of assignments:

   (1)  Directed assignments including those of entry-level career candidate members of the FS (3 FAH-1 H-2425.8-6) and for certain limited

STATE00006953

noncareer appointments ([3 FAH-1 H-2425.8-13](#));

(2) Assignments based on the DG's decision to reverse a panel decision ([3 FAH-1 H-2422](#)); and

(3) Chiefs of mission (COMs), designated chiefs of mission, ambassadors, deputy assistant secretaries of State, deputy chiefs of mission and principal officers ([3 FAH-1 H-2425.8-2](#) and [3 FAH-1 H-2425.8-3](#)).

c.  For the assignments listed in Paragraph b, the panels review the assignments for administrative purposes but may not amend them.

d.  The DG may decide at any point, and in the interest of efficiency or equity, to change the structure, membership, or operation of the assignment panels.

e.  At present, the DG has authorized the operation of two panels.  The Mid-Level Panel assigns FS-02, FS-03, tenured FS-04 generalists as well as mid-level specialists who are at grade or are being proposed for stretch assignments within the FS/FP-02 to FS/FP-03 range.  The Interdivisional Panel makes all assignments other than those specifically reserved to the Mid-Level Panel, including, but not limited to, all assignments to long-term training, detail assignments, details and transfers.

f.  The director of GTM/CDA chairs the Interdivisional Panel.  The deputy director chairs the Mid-Level Panel.

g.  Only GTM/CDA employees may serve as members of a panel.  Panels are constituted, however, so that both employee interests and those of the bureaus are fairly represented.

h.  The deliberations of the assignment panels are protected.  Panel members are not authorized to discuss, outside GTM, the specifics of how a decision was reached or how individual members voted.  This is to protect the ability of the panel to be forthright and frank in its discussion of proposed assignments and in order to preserve its ability to reach the best decisions possible.

## 3 FAH-1 H-2425.3-2  Assignment Panel Appeals

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a.  Employees may appeal a panel decision to which they are a party within 10 business days, in writing, to the DG.  Appeals should explain the reasons and circumstances for the appeal.

b.  Bureaus of the Department may appeal a panel decision to which they are a party within 10 business days, in writing, to the DG.  Appeals should explain the reasons and circumstances for the appeal.

c.  Decisions of the DG on appeals will be final and binding on employees and bureaus.  There is no appeal beyond the DG.  Failure to accept the decision of the DG is subject to disciplinary action as outlined in [3 FAM 4300](#).

d.  Directed assignments may not be appealed.

STATE00006954

# 3 FAH-1 H-2425.4  Open Assignments Notifications

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. GTM/CDA will announce, on an annual basis, the rules for filing assignment preferences (bids) during an annual assignment cycle.  With respect to bargaining unit positions, GTM/CDA negotiates implementing procedures and appropriate arrangements for employees who are adversely affected by management's assignment actions with the American Foreign Service Association.

b. GTM/CDA will inform employees and bureaus of related procedures regarding the operation of the open assignment system.  GTM/CDA will ensure that this information is made available both domestically and overseas.  Employees and bureaus are responsible for familiarizing themselves with all provisions relevant to their assignment situations and for observing all applicable rules and guidelines.

c. GTM/CDA will not normally change fundamental procedures, once the assignment cycle has begun, although GTM/CDA reserves the right to do so if Service need so requires.  In that event, GTM/CDA will notify employees and bureaus as soon as feasible and permit employees reasonable time to make changes in their bids that may be required under the revised procedures.

d. GTM/CDA will include all available positions (provided by the Department's bureaus under guidelines we supply) to be filled in an annual assignment cycle in the electronic bidding system.  The list will include out-year positions that are accompanied by training.  In addition, GTM/CDA will advertise other positions (such as assignments and details outside the Department, 3 FAH-1 H-2425.8-9) available to employees in the assignment cycle.

# 3 FAH-1 H-2425.5  Terms and Conditions of Bidding

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

Certain issues and concerns will be relevant to the bidding and assignment process.  These may include, but are not limited to the following:

(1) The procedure that the panels will follow in determining assignments. These include, among others, when employees may be identified for a specific assignment (SOP B-3) or be directed into an assignment (SOP B-4);

(2) The schedule that the panels will follow in making assignments to assure maximum consideration of employees whose grade and experience match the position's grade and requirements.  For example, assignments to positions at different grades may occur at different times during the assignment season (SOP B-2);

STATE00006955

(3) The length of time, or tour of duty (TOD, SOP A-3), of an assignment to a position, domestically or overseas.  Standard TODs are determined by factors including, but not limited to, hardship differential, Service need differential, danger pay, and the responsibilities of certain positions. Service at designated overseas posts may include rest and recuperation travel (R&R, 3 FAM 3720);

(4) The procedures associated with positions at offices and/or posts that have insufficient bidders for vacancies, such as historically difficult-to-staff posts (SOP B-19) or hard-to-fill positions (SOP B-18);

(5) Special factors that may include, but are not limited to, the length of time that an employee may serve continuously in the United States (SOP A-4);

(6) Special allowances available to those who are assigned to certain difficult-to-staff positions (SOP B-22);

(7) Conditions and deadlines for requesting an extension or curtailment (SOP A-6);

(8) Considerations that pertain to all assignments to or involving training (SOP A-7);

(9) Which positions are language-designated, the requirements for bidding on these, and how or when bureaus may apply for language waivers (SOP A-8);

(10) When bridge assignments may be appropriate, what options are available to the employee in terms of assignment versus temporary duty (TDY), and the financial implications for each (SOP A-7);

(11) Leave without pay and the associated financial and benefit considerations (SOPs A-12 and A-12A);

(12) When a bureau may request creation of a short-tour position and how an employee may fill it (SOP A-14);

(13) How and when a bureau may request a volunteer cable, the conditions under which an employee may respond to such a cable, and how such positions are filled (SOP A-15); and

(14) How the Department will fill urgent vacancies and who is eligible to bid on such positions (SOP A-22).

## 3 FAH-1 H-2425.6  Employee's Role in the Open Assignment Process

*(CT:POH-259;   08-25-2022)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. Active participation by employees in the open assignment process is critical. It is employee's responsibility to read the material GTM/CDA provides for

STATE00006956

each assignment cycle and to understand how to successfully bid on an onward assignments.

b. It is the employee's responsibility to submit bids, in accord with the annual rules and guidelines by the deadline specified.  Employees who fail to do that may directed by the DG to an assignment (SOP B-4).

# 3 FAH-1 H-2425.7  Role of the Bureaus in the Open Assignment Process

*(CT:POH-237;   08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

Bureaus in the Department play an important role in the assignment process. Bureaus make their staffing needs and assignment preferences (except in the case of entry-level career candidates) known through those members of GTM/CDA who represent their interests in the assignment process.

# 3 FAH-1 H-2425.8  Special Assignment Considerations

## 3 FAH-1 H-2425.8-1  Security and Medical Clearances

*(CT:POH-173;   09-16-2015)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. 12 FAM 230 addresses security clearances in the context of assignments.  16 FAM 200 addresses medical clearances.

b. Security clearances:  In addition, assignment to certain designated criteria countries requires an additional clearance (SOP B-11).

c.  Medical clearances (SOP B-12):  A medical clearance for an assignment overseas is valid for two years, or for the length of the assignment, whichever is longer.

d. Employees with a Class 1 (worldwide available) or Class 2 (limited availability) medical clearance are eligible for assignment overseas.

e. Special assignment procedures (post approvals) apply if an employee or EFM(s) (as defined for the purposes of this section at 16 FAM 100) have Class a 2 medical clearance (see 16 FAM 200).  They are designed to ensure that GTM/CDA can make an assignment in the interests of the Service while taking into account the medical situation.

f. Special assignment procedures also apply for employees with an EFM child or EFM children whom MED/ECS has identified as having special educational needs.

g. Employees are responsible for complying with the above procedures.

STATE00006957

## 3 FAH-1 H-2425.8-2  Chief of Mission Appointments and Deputy Assistant Secretary of State Assignments (SOP C-1)

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The Deputy Secretary chairs a committee, known as the D committee, which reviews candidates to serve as chiefs of mission (COM), designated COMs, ambassadors, and deputy assistant secretaries (DASs) of the Department.

b. The Deputy Secretary selects members of senior Department management to serve on the committee.

## 3 FAH-1 H-2425.8-2(A)  Chiefs of Mission (COMs)

*(CT:POH-237;   08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. In most cases, the regional bureaus will make recommendations to the DG of candidates to be considered by the D committee for appointment as chief of mission (at bilateral and multilateral posts).  The D committee reviews candidates that GTM subsequently proposes (SOP C-1) for such positions. The proposal is made after interdepartmental consultations under established guidelines and following a preliminary security and suitability review.  The committee then selects one candidate and forwards that name to the Secretary for his or her consideration.  Candidates approved by the Secretary are forwarded to the President.

b. In general, most career FS appointees in these positions serve for 3 years. There is, however, no term per se to a COM appointment as appointees serve at the pleasure of the President.  COMs are appointed by the President and require the advice and consent of the Senate.

- Presidential appointment:  yes

- Require advice and consent of the Senate:  yes

- May elect presidential pay:  yes (career FS only)

## 3 FAH-1 H-2425.8-2(B)  Designated Chiefs of Mission (COMs)

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

22 U.S.C. 3942 provides the President authority to "assign a career member of the Service as chargé d'affaires or otherwise as the head of a mission (or as the head of a United States office abroad which is designated by the Secretary of State as diplomatic in nature) for such period as the public interest may require."  The President's authority under this section was delegated to the

STATE00006958

Secretary of State by E.O. 12293 of February 23, 1981. The Secretary has further delegated this authority to the Under Secretary for Management under delegation of authority No. 148-1 dated September 9, 1981.

Presidential appointment:  no

May elect presidential pay:  yes

## 3 FAH-1 H-2425.8-2(C)  Personal Rank of Ambassador

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

22 U.S.C. 3942(a)(2)(B)(i) authorizes the President to confer the personal rank of ambassador for a period not to exceed six months.  The purpose of this authority is to accord appropriate status to senior U.S. representatives conducting high-level functions either domestically or overseas.

Presidential appointment:  no

May elect presidential pay:  no

## 3 FAH-1 H-2425.8-2(D)  Deputy Assistant Secretaries of State (DASs)

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

The D committee also considers candidates that the Assistant Secretaries of the Department propose to serve for DAS vacancies.  The committee forwards the name of the candidate it approves for each vacancy to the Secretary for his or her approval.

May elect presidential pay:  no

## 3 FAH-1 H-2425.8-3  Deputy Chiefs of Mission (DCMs) and Principal Officers (POs) Assignments (SOP C-2)

*(CT:POH-237;   08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The DG chairs a committee, known as the DCM committee that reviews and proposes candidates to serve as DCMs and POs at positions overseas.

b. The DG selects members of Department management to serve on the committee.  The committee reviews, in consultation with GTM and the relevant bureaus, the eligible bidders on DCM and PO positions.  The committee then decides on a list of candidates to fill the position.

STATE00006959

c.  The committee sends the list of DCM candidates to the COM; the COM may select from among the candidates to fill the position.  If there is no COM at post, or in some cases if the COM is to depart post before the DCM arrives, the committee sends the list of candidates to the Assistant Secretary of the relevant bureau.  The Assistant Secretary, in these cases, selects the DCM.

d. The DCM committee itself selects candidates to serve as POs.

## 3 FAH-1 H-2425.8-4  Office Management Specialist (OMS) Assignments for Senior Management and COMs (SOP C-7)

*(CT:POH-131;  05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a.  Department principals (Under Secretaries and above), Assistant Secretaries and equivalents, deputy assistant secretaries (DASs), and officials referred to in 3 FAH-1 H-2425.8-2(A) (hereafter, and for the purposes of this section only, ambassadors) may select an OMS regardless of whether or not he or she is currently available for assignment except as indicated below.

b. The assignment panel will take the necessary action to curtail, as needed, the OMS from his or her current tour and transfer him or her expeditiously (with due regard to allowed leave, and related repayment waivers) to the position in question.

c.  At a post with two ambassador-level OMS positions, the ambassador may select an OMS for the more junior position only from the list of current bidders.

d. The TOD for an ambassador's OMS will be the standard TOD for the post.

## 3 FAH-1 H-2425.8-5  Specialists (SOP B-9)

*(CT:POH-131;  05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. Specialists are subject to all of the rules and procedures of the open assignments system except where noted in SOP B-9.

b. Specialists will normally be assigned to positions in their areas of specialization.  Specialists may, however, be assigned to positions outside their designated skill code under certain conditions (see SOP B-9).

## 3 FAH-1 H-2425.8-6  Entry-Level Career Candidates (SOP C-8) [Entry-Level Generalists and Specialists Except Where Noted]

*(CT:POH-173;  09-16-2015)*
*(State only)*
*(Applies to Foreign Service Employees)*

STATE00006960

a. The assignment of entry-level FS employees entails different bidding requirements, open assignment notifications, assignment seasons, and TOD.

b. An employee's first two assignments will generally be to overseas posts except as Service need dictates.  GTM/CDA directs, on behalf of the DG, the first, and in most cases, the second assignments.  Employees may not appeal these assignments.

c. GTM/CDA considers a range of factors in deciding on your assignment in addition to Service need.  These may include:

    (1) An employee's requirements for tenure and career development;

    (2) Family, medical and special educational issues as noted in 3 FAH-1 H-2425.8-1;

    (3) Timing issues relating to departure dates of current position incumbents and any training required for an assignment;

    (4) An employee's previous assignment(s), including any hardship and/or danger differentials for those assignment(s).

d. The TOD for the first two assignments will normally not exceed two years.  In the event that an employee is approaching the end of their limited noncareer appointment (3 FAM 2240), GTM/CDA will adjust the TOD to take this fact into account.

e. For entry-level generalists only:  Eligibility for language training will be limited until such time as the employee may be tenured.  GTM/CDA will endeavor, however, to afford appropriate opportunity in assignments to meet the requirement that untenured generalists reach a given proficiency in a foreign language before being eligible to be tenured (see 3 FAM 2245.7).

## 3 FAH-1 H-2425.8-7  Tandems and Nepotism

## 3 FAH-1 H-2425.8-7(A)  Tandem Assignments (SOP A-11A)

*(CT:POH-131;  05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. Subject to the nondiscrimination provisions of 5 U.S.C. 2301(b)(2) and 22 U.S.C. 3905(b), which prohibit, among other things, discrimination on the basis of marital status, GTM/CDA will make a reasonable effort to assign both members of a tandem (see 3 FAH-1 H-2425.8-7) to the same post in positions appropriate to their class levels and qualifications.

b. In order to be treated as a tandem for assignment purposes, the couple must follow all of the guidelines GTM/CDA identifies in this regard.

c. There is no guarantee that both spouses will be assigned to the same post.  In the event that such assignment does not prove practicable or possible, or could only be accomplished by means of disallowed discrimination, GTM/CDA

STATE00006961

will consult with each member of the tandem on available options. Such options may include separate assignments or leave without pay (LWOP; see 3 FAH-1 H-2425.5, subparagraph (11)).

d. The TODs of members of a tandem couple will normally comply with established policies except to the extent that GTM/CDA may decide otherwise under established guidelines.

## 3 FAH-1 H-2425.8-7(B)  Nepotism (SOP A-11B)

*(CT:POH-208;   07-06-2018)*
*(State only)*
*(Applies to Foreign Service Employees)*

See Department regulations at 3 FAM 8320.

## 3 FAH-1 H-2425.8-8  Training (SOPs A-7)

*(CT:POH-224;   09-27-2019)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. Employees may be assigned to training in conjunction with an assignment, as explained in SOP-7.

b. Employees are required to take certain training as part of career development, in order to be assigned to positions with supervisory responsibilities, and otherwise as law or regulation may prescribe.  Employees will be advised, in advance, of when they are required to take such training.

c.  The Foreign Service Institute (FSI; 13 FAM 102.2-1) generally administers and provides all training which occurs under the Department's jurisdiction.

## 3 FAH-1 H-2425.8-9  Positions Outside the Department  (SOP A-10)

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

GTM/CDA advertises opportunities to serve in positions outside the Department as part of the open assignments system.  GTM/CDA maintains a website that includes descriptions of these opportunities and application instructions.

## 3 FAH-1 H-2425.8-9(A)  Detail Assignments

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The legal bases for detail assignments to positions outside the FS are 22 U.S.C. 3983 and 22 U.S.C. 2685.

STATE00006962

b. Detail assignments broaden an employee's skills and experience.  They also contribute to overall interagency cooperation and provide expertise and support to organizations involved with foreign affairs activities.

c. Detail assignments may include, but are not limited to the following:

- Office of a member of Congress or congressional office

- Other agencies of the Federal Government

- State and municipal governments

- Academic institutions

- U.S. armed forces war colleges

- International organizations

- Nongovernmental organizations

d. Detail assignments may not exceed four years of continuous service unless the Under Secretary for Management approves an extension under special circumstances.

e. Employees detailed or assigned to the office of a member of Congress or to an office of the Senate or House of Representatives will have the status of an employee of Congress for the purpose of payment of travel and other expenses.

## 3 FAH-1 H-2425.8-9(B)  Details to International Organizations

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

Employees may be detailed to an international organization for a period not to exceed five years.  The Secretary may extend such a detail up to an additional three years if he or she determines this would be in the national interest.  Employees on such details remain employees of the Department.

## 3 FAH-1 H-2425.8-9(C)  Transfers (Secondments) to International Organizations

*(CT:POH-131;   05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The legal basis for this section is 5 U.S.C. 3581 - 3584.

b. An international organization, for the purposes of this section, is a public international organization, or international-organization preparatory commission in which the U.S. Government participates.

c. GTM/CDA will only consider a transfer if it is requested by an international organization and if the employee agrees with the proposal.  Transfers fall

STATE00006963

outside the provisions of the Open Assignment Process.

d. Employees who transfer to an international organization are separated from the Service for the length of time they are employed by the receiving international organization.  Such employees retain their rights and benefits as a career member of the Service, during the period of separation and may be eligible for re-employment consistent with the statutory provisions cited herein.

## 3 FAH-1 H-2425.8-10  Assignments to CS Positions

*(CT:POH-131;  05-01-2008)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The Director General (DG) may (22 U.S.C. 3983(a)(1)) assign a member of the Foreign Service to a Civil Service (CS) position in the Department.  The DG will generally act in response to a request by a bureau; employees may not initiate such a request.  Such assignments would also require the temporary conversion of the CS position to a FS position, subject to HR procedures in this area, for the duration of the assignment.

b. Such assignments fall outside the parameters of the open assignments process.

## 3 FAH-1 H-2425.8-11  Over-complement (SOP B-6)

*(CT:POH-237;  08-11-2020)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. Employees may be assigned to over-complement status in a bureau for specified reasons of a temporary nature, rather than to a position in the Department.  Over-complement status should be limited to the minimum time necessary for the employee to be available for reassignment or separation.

b. Employees returning from overseas will generally be assigned to over-complement in the bureau that has jurisdiction over the post from which the employee has returned.

c. Employees may be assigned to GTM over-complement only with the approval of the DG or the director of GTM/CDA.

## 3 FAH-1 H-2425.8-12  Unassigned

*(CT:POH-208;  07-06-2018)*

## 3 FAH-1 H-2425.8-13  Assignment of Limited Noncareer Appointees

STATE00006964

*(CT:POH-173; 09-16-2015)*
*(State only)*
*(Applies to Foreign Service Employees)*

a. The DG may make limited noncareer appointments (LNAs) to the FS by virtue of the authority granted under 22 U.S.C. 3943 and in conformity with 22 U.S.C. 3949.  Appointees are members of the FS by virtue of 22 U.S.C. 3903.

b. The regulations controlling such appointments appear at 3 FAM 2290.  LNAs created under these provisions however, are excluded from the application of the assignment procedures contained in this subchapter.

c. The DG, or an assignment panel, will assign individuals on LNAs to FS positions, except in the case of family member appointments (FMAs; 3 FAM 8210).  Assignment procedures for certain types of LNAs are further addressed as follows:  Career CS employees of the Department (SOP B-18 and B-21), retired members of the FS (SOP B-21), and employees of other Federal agencies (SOP A-10).  In the last instance, such appointments would also be based on a formal written agreement between the Department and the other relevant agency.

# 3 FAH-1 H-2426  THROUGH H-2429 UNASSIGNED

**UNCLASSIFIED (U)**

STATE00006965