# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| MARK LENZI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:21-cv-1371 (PTG/IDD) |
| | ) |
| U.S. DEPARTMENT OF STATE and | ) |
| ANTONY J. BLINKEN, U.S. Secretary of State, | ) |
| | ) |
| Defendants. | ) |

## MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S PROFFERED EXPERTS

Pursuant to the expedited briefing schedule provided by the Rule 16(b) Scheduling Order (Dkt. 38 ¶ 10(g)), Defendants, through undersigned counsel, hereby move *in limine* to exclude the testimony of Plaintiff's proffered experts. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: March 17, 2023

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER | BRIAN M. BOYNTON |
| United States Attorney | Principal Deputy Assistant Attorney General |
| | |
| LAUREN A. WETZLER | CARLOTTA P. WELLS |
| Chief, Civil Division | Assistant Branch Director |
| | |
| _____/s/_____ | |
| MATTHEW J. MEZGER | CATHERINE M. YANG |
| Assistant United States Attorney | JOSEPH E. BORSON |
| Office of the United States Attorney | Trial Attorneys |
| 2100 Jamieson Avenue | United States Department of Justice |
| Alexandria, Virginia 22314 | Civil Division, Federal Programs Branch |
| Tel:   (703) 299-3741 | 1100 L Street NW |
| Fax:   (703) 299-3983 | Washington, DC 20005 |
| Email: Matthew.Mezger@usdoj.gov | Tel: (202) 514-4336/1944 |
| | Email: Catherine.M.Yang@usdoj.gov |
| |         Joseph.Borson@usdoj.gov |
| | *Counsel for Defendants* |