UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARK LENZI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-1371 (PTG/IDD) |
| ) | |
| U.S. DEPARTMENT OF STATE and ) | |
| ANTONY J. BLINKEN, U.S. Secretary of State, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that Defendants will bring on for hearing their Motion *In Limine* to Exclude the Testimony of Plaintiff's Proffered Experts on April 4, 2023 at 10:00am, or as soon as thereafter he may be heard.

Dated:  March 17, 2023                                                  Respectfully submitted,

JESSICA D. ABER                                                           BRIAN M. BOYNTON
United States Attorney                                                   Principal Deputy Assistant Attorney General

LAUREN A. WETZLER                                                 CARLOTTA P. WELLS
Chief, Civil Division                                                        Assistant Branch Director

   _____/s/_____
MATTHEW J. MEZGER                                              CATHERINE M. YANG
Assistant United States Attorney                                JOSEPH E. BORSON
Office of the United States Attorney                         Trial Attorneys
2100 Jamieson Avenue                                              United States Department of Justice
Alexandria, Virginia 22314                                         Civil Division, Federal Programs Branch
Tel:     (703) 299-3741                                                  1100 L Street NW
Fax:    (703) 299-3983                                                  Washington, DC 20005
Email:  Matthew.Mezger@usdoj.gov                       Tel: (202) 514-4336/1944
                                                                                         Email: Catherine.M.Yang@usdoj.gov
                                                                                                    Joseph.Borson@usdoj.gov

                                                                                         *Counsel for Defendants*