**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Mark Lenzi, <br><br>       Plaintiff, <br><br>   v. <br><br> United States Department of State, and Antony J. Blinken, United States Secretary of State, <br><br>       Defendants. | Case No. 1:21-cv-01371-PTG-IDD |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that during the settlement conference held by Magistrate Judge Ivan D. Davis on March 20, 2023, and as reflected on the docket in an entry dated that same day, the parties have reached a settlement in this matter.  The parties intend to promptly file a joint stipulation at the time designated in the settlement agreement, and jointly request that the Court stay all briefing on any pending motions until that joint stipulation has been filed.

//

//

//

Dated: March 21, 2023

                              /s/

Christopher A. Suarez (94400)
Thomas M. Barba (*admitted pro hac vice*)
Dwight J. Draughon (*admitted pro hac vice*)
Lia Metreveli (*admitted pro hac vice*)
Shannon G. Reid (*admitted pro hac vice*)
Steven R. Kaplan (*admitted pro hac vice*)
Elizabeth A. Goodwin (*admitted pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: CSuarez@steptoe.com
      TBarba@steptoe.com
      SReid@steptoe.com
      SKaplan@steptoe.com

Kate E. Fisch (*admitted pro hac vice*)
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Email: KFisch@steptoe.com

*Counsel to Plaintiff Mark Lenzi*

Respectfully submitted,

JESSICA D. ABER
United States Attorney

LAUREN A. WETZLER
Chief, Civil Division

                              /s/

MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3741
Fax:    (703) 299-3983
Email: matthew.mezger@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

CATHERINE M. YANG
JOSEPH E. BORSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-4336
Email: Catherine.M.Yang@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ *Christopher A. Suarez*
Christopher A. Suarez