UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARK LENZI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-1371 (PTG/IDD) |
| ) | |
| U.S. DEPARTMENT OF STATE and ) | |
| ANTONY J. BLINKEN, U.S. Secretary of State, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees. As reflected in the parties' Joint Notice of Settlement filed on March 21, 2023 (Dkt. 145), the claims asserted by Plaintiff in the above-captioned action have been settled by agreement of the parties. Since the filing of that notice, the settlement agreement has been executed and is now binding on the parties, making the case ripe for dismissal.

//

//

//

| | |
|---|---|
| Dated: March 29, 2023 | Respectfully submitted, |
| | |
| | JESSICA D. ABER |
| _____/s/_____ | United States Attorney |
| Christopher A. Suarez (94400) | |
| Thomas M. Barba (admitted *pro hac vice*) | LAUREN A. WETZLER |
| Dwight J. Draughon, Jr. (admitted *pro hac vice*) | Chief, Civil Division |
| Lia Metreveli (admitted *pro hac vice*) | |
| Shannon G. Reid (admitted *pro hac vice*) | _____/s/_____ |
| Steven R. Kaplan (admitted *pro hac vice*) | MATTHEW J. MEZGER |
| Elizabeth A. Goodwin (admitted *pro hac vice*) | Assistant United States Attorney |
| Steptoe & Johnson LLP | Office of the United States Attorney |
| 1330 Connecticut Avenue, NW | 2100 Jamieson Avenue |
| Washington, DC 20036 | Alexandria, Virginia 22314 |
| Telephone: (202) 429-3000 | Tel:    (703) 299-3741 |
| Email: CSuarez@steptoe.com | Fax:   (703) 299-3983 |
|            TBarba@steptoe.com | Email: Matthew.Mezger@usdoj.gov |
|            DDraughon@steptoe.com | |
|            LMetreveli@steptoe.com | BRIAN M. BOYNTON |
|            SReid@steptoe.com | Principal Deputy Assistant Attorney General |
|            SKaplan@steptoe.com | |
|            EGoodwin@steptoe.com | CARLOTTA P. WELLS |
| | Assistant Branch Director |
| Kate E. Fisch (admitted *pro hac vice*) | |
| Steptoe & Johnson LLP | CATHERINE M. YANG |
| 1114 Avenue of the Americas | JOSEPH E. BORSON |
| New York, NY 10036 | Trial Attorney |
| Telephone: (212) 506-3900 | United States Department of Justice |
| Email: KFisch@steptoe.com | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| *Counsel to Plaintiff Mark Lenzi* | Washington, DC 20005 |
| | Tel: (202) 514-4336 |
| | Email: Catherine.M.Yang@usdoj.gov |
| | *Counsel for Defendants* |