UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARK LENZI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE and )<br>ANTONY J. BLINKEN, U.S. Secretary of State, )<br>)<br>Defendants. )<br>_____) | No. 1:21-cv-1371 (PTG/IDD) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees. As reflected in the parties' Joint Notice of Settlement filed on March 21, 2023 (Dkt. 145), the claims asserted by Plaintiff in the above-captioned action have been settled by agreement of the parties. Since the filing of that notice, the settlement agreement has been executed and is now binding on the parties, making the case ripe for dismissal.

//

//

//

*So ordered 3/29/23*

/s/
_____
Patricia Tolliver Giles
United States District Judge

/s/
Francis Joilvet Giles
United States District Judge

Dated: March 29, 2023

        /s/
Christopher A. Suarez (94400)
Thomas M. Barba (admitted *pro hac vice*)
Dwight J. Draughon, Jr. (admitted *pro hac vice*)
Lia Metreveli (admitted *pro hac vice*)
Shannon G. Reid (admitted *pro hac vice*)
Steven R. Kaplan (admitted *pro hac vice*)
Elizabeth A. Goodwin (admitted *pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: CSuarez@steptoe.com
      TBarba@steptoe.com
      DDraughon@steptoe.com
      LMetreveli@steptoe.com
      SReid@steptoe.com
      SKaplan@steptoe.com
      EGoodwin@steptoe.com

Kate E. Fisch (admitted *pro hac vice*)
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Email: KFisch@steptoe.com

*Counsel to Plaintiff Mark Lenzi*

Respectfully submitted,

JESSICA D. ABER
United States Attorney

LAUREN A. WETZLER
Chief, Civil Division

        /s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:  (703) 299-3983
Email: Matthew.Mezger@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

CATHERINE M. YANG
JOSEPH E. BORSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-4336
Email: Catherine.M.Yang@usdoj.gov
*Counsel for Defendants*

2